STATE OF ILLINOIS   )

COUNTY OF COOK   )

PROOF OF SERVICE/NOTICE OF FILING

Case No. 03-cv-3177/HALE Vs. BATTLES

Please take Notice that I Gregory Hale do depose and states under the pentalty of perjury that I mail 1 copy of the attached hereto, 46 EXHIBITS to the clerk of Court of the Central District Court HOuse and to the Defendant's Attorney named below, on this 13th day of October 2004.

TO:  JOHN WATERS
     151 US CTHSE 600 E. Monroe St.
     Springfield, Illinois 62701

TO:  KRISTEN L. MARKLEY
     IL Ast State Attorney General
     500 S. Second St.
     Springfield, Illinois 62706

FILED
OCT 19 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Notarized under and by title 28 sextion 1746 under the pentalty of perjuty on this 13th day of October 2004.

/s/ _____
    Gregory Hale/Plaintiff
    9337 S. Merrill
    Chicago, IL 60617-3945