IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GREGORY HALE #K-60259, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. 03-3177 |
| JOHN BATTLES, et. al, | ) |
| Defendants. | ) |

## MOTION TO SUBSTITUTE COUNSEL

Now come the defendants, JOHN BATTLES, JULIE BOHLER, MEL DROZS, JUDIE EGGELHOLF, ROBERTA FAIRBURN, BRUCE FISHER, DAVID FREEMAN, KIRK HAGAR, DEBBIE SUE HAMM, MICHAEL KEITHLY, JEAN MAHAN, BARBARA MURRAY, GEORGE SCILLIA, DONALD N. SNYDER, LINDA STAMBAUGH, and ANNETTA VANHOOSIER, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and for their Motion to Substitute Counsel, state as follows:

1. Assistant Attorney General Kristen Markley is no longer employed with the Office of the Attorney General.

2. Assistant Attorney General Eric J. Rieckenberg is now assigned to represent the defendants in this matter.

3. It is requested that Assistant Attorney General Kristen Markley be removed as counsel for defendants.

Wherefore, for the above and foregoing reasons, defendants respectfully request this Court allow the substitution of Assistant Attorney General Eric J. Rieckenberg for Assistant Attorney General Kristen Markley and that Assistant Attorney General Kristen Markley be removed as counsel for defendants in this matter.

        Respectfully submitted,

        JOHN BATTLES, JULIE BOHLER, MEL DROZS, JUDIE EGGELHOLF, ROBERTA FAIRBURN, BRUCE FISHER, DAVID FREEMAN, KIRK HAGAR, DEBBIE SUE HAMM, MICHAEL KEITHLY, JEAN MAHAN, BARBARA MURRAY, GEORGE SCILLIA, DONALD N. SNYDER, LINDA STAMBAUGH, and ANNETTA VANHOOSIER,

        Defendants,

        LISA MADIGAN, Attorney General,
        State of Illinois

Eric J. Rieckenberg, #6280995        Attorney for Defendants,
Assistant Attorney General
500 South Second Street
Springfield, IL 62706        By:   s/Eric J. Rieckenberg
(217) 557-0261                    Eric J. Rieckenberg
   Of Counsel.                     Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GREGORY HALE #K-60259, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. 03-3177 |
| JOHN BATTLES, et. al, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2004, I electronically filed a Motion to Substitute Counsel with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on November 30, 2004, I mailed by United States Postal Service, the document to the following non-registered participant:

Gregory Hale
9337 South Merrill
Chicago, IL 60617

Respectfully submitted,
/s/Eric J. Rieckenberg
Eric J. Rieckenberg, #6280995
Attorney for Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
erieckenberg@atg.state.il