**E-FILED**
Tuesday, 30 November, 2004  04:14:15 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GREGORY HALE #K-60259, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. 03-3177 |
| | ) |
| JOHN BATTLES, et. al, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Now Comes Lisa Madigan, Attorney General of the State of Illinois, by Carrie K. Lacey, Assistant Attorney General, State of Illinois, hereby enters his/her appearance on behalf of defendants JOHN BATTLES, JULIE BOHLER, MEL DROZS, JUDIE EGGELHOLF, ROBERTA FAIRBURN, BRUCE FISHER, DAVID FREEMAN, KIRK HAGAR, DEBBIE SUE HAMM, MICHAEL KEITHLY, JEAN MAHAN, BARBARA MURRAY, GEORGE SCILLIA, DONALD N. SNYDER, LINDA STAMBAUGH, and ANNETTA VANHOOSIER, in the above cause.

Respectfully submitted,

LISA MADIGAN, Attorney General,
State of Illinois,

Eri J. Rieckenberg, #6270995          Attorney for Defendants,
Assistant Attorney General
500 South Second Street
Springfield, IL  62706          By:   s/Eric J. Rieckenberg
(217) 557-0261                              Eric J. Rieckenberg
   Of Counsel.                              Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GREGORY HALE #K-60259, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. 03-3177 |
| JOHN BATTLES, et. al, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2004, I electronically filed a Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on November 30, 2004, I mailed by United States Postal Service, the document to the following non-registered participant:

Gregory Hale
9337 South Merrill
Chicago, IL 60617

Respectfully submitted,
 s/Eric J. Rieckenberg
Eric J. Rieckenberg, #6280995
Attorney for Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
erieckenberg@atg.state.il