E-FILED
Tuesday, 30 November, 2004 04:16:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| GREGORY HALE #K-60259, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. 03-3177 |
| | ) | |
| JOHN BATTLES, et. al, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

NOW COME Defendants, JOHN BATTLES, JULIE BOHLER, MEL DROZS, JUDIE EGGELHOLF, ROBERTA FAIRBURN, BRUCE FISHER, DAVID FREEMAN, KIRK HAGAR, DEBBIE SUE HAMM, MICHAEL KEITHLY, JEAN MAHAN, BARBARA MURRAY, GEORGE SCILLIA, DONALD N. SNYDER, LINDA STAMBAUGH, and ANNETTA VANHOOSIER, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Fed. R. Civ. P. 6(b) move for an extension of the discovery deadline to January 31, 2005, and an extension of the dispositive motion deadline to February 28, 2005. In support thereof, Defendants state as follows:

1. Per this Court's June 11, 2004 Order, discovery in this matter was to be completed by October 29, 2004, and all dispositve motions in this matter were to be filed by November 30, 2004.

2. The undersigned has recently been assigned to this matter, this case having been previously handled by an Assistant Attorney General who is no longer with the Office of the Attorney General. The undersigned has become aware that the Plaintiff has not been deposed. A deposition of the Plaintiff by the undersigned is necessary

for the undersigned to adequately represent the Defendants in this matter. The undersigned therefore respectfully requests an extension of the discovery deadline to January 31, 2005, and an extension of the dispositive motion deadline to February 28, 2005.

3. This motion is not made for the purposes of undue delay, but is made in good faith for the purpose of adequately representing the Defendants in this matter. Further, an extension of the aforementioned deadlines will not prejudice the Plaintiff or appreciably delay the prosecution of this case.

WHEREFORE, Defendants respectfully request that this Honorable Court grant an extension of the discovery deadline to January 31, 2005, and an extension of the dispositive motion deadline to February 28, 2005.

Respectfully submitted,

JOHN BATTLES, JULIE BOHLER, MEL DROZS, JUDIE EGGELHOLF, ROBERTA FAIRBURN, BRUCE FISHER, DAVID FREEMAN, KIRK HAGAR, DEBBIE SUE HAMM, MICHAEL KEITHLY, JEAN MAHAN, BARBARA MURRAY, GEORGE SCILLIA, DONALD N. SNYDER, LINDA STAMBAUGH, and ANNETTA VANHOOSIER,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Eric J. Rieckenberg #6280995
Assistant Attorney General         Attorney for Defendants,
500 South Second Street
Springfield, Illinois 62706     BY:   s/Eric J. Rieckenberg
(217) 557-0261                        Eric J. Rieckenberg
    Of Counsel.                       Assistant Attorney General

2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GREGORY HALE #K-60259, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. 03-3177 |
| ) | |
| JOHN BATTLES, et. al, ) | |
| ) | |
| Defendants. ) | |

Certificate of Service

I hereby certify that on November 30, 2004, I electronically filed Defendants' Motion for Enlargement of Time with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on November 30, 2004, I mailed by United States Postal Service, the document to the following non-registered participant:

Gregory Hale
9337 South Merrill
Chicago, IL 60617

Respectfully submitted,

 s/Eric J. Rieckenberg
Eric J. Rieckenberg, #6280995
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
erieckenberg@atg.state.il.us