E-FILED
Friday, 14 January, 2005  03:02:18 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GREGORY HALE #K-60259, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. 03-3177 |
| JOHN BATTLES, et. al, | ) |
| Defendants. | ) |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

NOW COME the Defendants, JOHN BATTLES, JULIE BOHLER, MEL DROZS, JUDIE EGELHOFF, ROBERTA FAIRBURN, BRUCE FISHER, DAVID FREEMAN, KIRK HAGAR, DEBBIE SUE HAMM, MICHAEL KEITHLY, JEAN MAHAN, BARBARA MURRAY, GEORGE SCILLIA, DONALD N. SNYDER, LINDA STAMBAUGH, and ANNETTA VANHOOSIER, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Fed. R. Civ. P. 6(b) move for an enlargement of time up to and including February 15, 2005, in which to respond to Plaintiff's Interrogatories and Request for Production of Documents. In support thereof, Defendants' state as follows:

1. The Defendants' response to Plaintiff's Interrogatories and Request for Production of Documents is due January 15, 2005.

2. Several of the Defendants are no longer employed by the Illinois Department of Corrections, and the documents requested by the Plaintiff are at more than one location. These circumstances make the task of responding to Plaintiff's requests more time consuming.

3. Defendants' Counsel requests an extension of 30 days, up to and including February 15, 2005, to obtain copies of the documents requested and gather responses to interrogatories.

4. This motion is not made for the purposes of undue delay, but is made in good faith for the purpose of adequately responding to Plaintiff's requests. Further, a 30-day extension will not prejudice the Plaintiff nor appreciably delay the prosecution of this cause.

WHEREFORE, Defendants respectfully request that this Honorable Court grant an enlargement of time to and including February 15, 2005 in which to respond to the Plaintiff's Interrogatories and Request for Production of Documents.

Respectfully submitted,

JOHN BATTLES, JULIE BOHLER, MEL DROZS, JUDIE EGELHOFF, ROBERTA FAIRBURN, BRUCE FISHER, DAVID FREEMAN, KIRK HAGAR, DEBBIE SUE HAMM, MICHAEL KEITHLY, JEAN MAHAN, BARBARA MURRAY, GEORGE SCILLIA, DONALD N. SNYDER, LINDA STAMBAUGH, and ANNETTA VANHOOSIER

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendants,

Eric J. Rieckenberg, #6280995
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
(217) 557-0261
Of Counsel.

By:  s/Eric J. Rieckenberg
Eric J. Rieckenberg
Assistant Attorney General

2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| GREGORY HALE #K-60259, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. 03-3177 |
| | ) | |
| JOHN BATTLES, et. al, | ) | |
| | ) | |
| Defendants. | ) | |

_____

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2005, I electronically filed Defendants' Motion for Enlargement of Time with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on January 14, 2005, I mailed by United States Postal Service, the document to the following non-registered participant:

Gregory Hale
9337 South Merrill
Chicago, IL 60617

Respectfully submitted,
/s/Eric J. Rieckenberg
Eric J. Rieckenberg, #6280995
Attorney for Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
erieckenberg@atg.state.il