E-FILED
Monday, 31 January, 2005  04:14:27 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GREGORY HALE #K-60259, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. 03-3177 |
| JOHN BATTLES, et. al, | ) |
| Defendants. | ) |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

NOW COME Defendants, JOHN BATTLES, JULIE BOHLER, MEL DROZS, JUDIE EGGELHOLF, ROBERTA FAIRBURN, BRUCE FISHER, DAVID FREEMAN, KIRK HAGAR, DEBBIE SUE HAMM, MICHAEL KEITHLY, JEAN MAHAN, BARBARA MURRAY, GEORGE SCILLIA, DONALD N. SNYDER, LINDA STAMBAUGH, and ANNETTA VANHOOSIER, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Fed. R. Civ. P. 6(b) move for an enlargement of the discovery deadline to March 15, 2005, for the limited purpose of taking plaintiff's deposition, and an enlargement of the dispositive motion deadline to April 15, 2005.  In support thereof, Defendants state as follows:

1. The December 15, 2004 Order entered in this matter reset the discovery deadline to January 31, 2005, and the dispositive motion deadline to February 28, 2005, per a request by the undersigned.

2. Plaintiff in this matter is no longer incarcerated within the Department of Corrections.

3. The undersigned scheduled plaintiff's deposition for January 31, 2005, at the Springfield office of the Attorney General and notified plaintiff via a Notice of Deposition mailed to plaintiff on January 19, 2005.

4. On today's dated, January 31, 2005, the undersigned received a written response from plaintiff to the Notice of Deposition in which he states that he is on parole and must have a minimum of 30 days notice to attend the deposition.

5. In order to accommodate plaintiff, defendants request an enlargement of the discovery deadline to March 15, 2005, for the limited purpose of taking plaintiff's deposition, and an enlargement of the dispositive motion deadline to April 15, 2005.

6. This motion is not made for the purposes of undue delay, but is made in good faith. Further, an extension of the aforementioned deadlines will not prejudice the Plaintiff or appreciably delay the prosecution of this case.

WHEREFORE, defendants respectfully request that this Honorable Court grant an enlargement of the discovery deadline to March 15, 2005, and an enlargement of the dispositive motion deadline to April 15, 2005.

Respectfully submitted,

JOHN BATTLES, JULIE BOHLER, MEL DROZS, JUDIE EGGELHOLF, ROBERTA FAIRBURN, BRUCE FISHER, DAVID FREEMAN, KIRK HAGAR, DEBBIE SUE HAMM, MICHAEL KEITHLY, JEAN MAHAN, BARBARA MURRAY, GEORGE SCILLIA, DONALD N. SNYDER, LINDA STAMBAUGH, and ANNETTA VANHOOSIER,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Eric J. Rieckenberg #6280995
Assistant Attorney General           Attorney for Defendants,
500 South Second Street
Springfield, Illinois 62706      BY:   s/Eric J. Rieckenberg
(217) 557-0261                          Eric J. Rieckenberg
  Of Counsel.                           Assistant Attorney General

2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GREGORY HALE #K-60259, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) Case No. 03-3177 |
| JOHN BATTLES, et. al, | ) ) ) |
| Defendants. | ) |

_____

Certificate of Service

I hereby certify that on January 31, 2005, I electronically filed Defendants' Motion for Enlargement of Time with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on January 31, 2005, I mailed by United States Postal Service, the document to the following non-registered participant:

Gregory Hale
9337 South Merrill
Chicago, IL 60617

Respectfully submitted,

 s/Eric J. Rieckenberg
Eric J. Rieckenberg, #6280995
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
erieckenberg@atg.state.il.us