E-FILED
Thursday, 03 March, 2005 03:36:39 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
MAR 0 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

GREGORY HALE )
   Plaintiff, )
)
Vs. )
) Case No. 03-3177
)
JOHN BATTLES et,al. )
   Defendants, )

## MOTION FOR EXTENSION OF TIME

      Plaintiff respectfully, request pursuant to Federal Rule Of Civil Procedure 6 (b), an ORDER extending time to review defendant;s answer to his Production Of Documents, and to file his Motion For Admissions.

    **This Motion is made on the grounds that;**

  1. Plaintiff received service of the defendants answer on February 17th, 2005, nearly two months after it was requested.

. 2. Plaintiff who is representing himself has limited time in which to do legal/research. Do to he is currently on both Parole and electroniclly-Home-Monitor.

  3. Plaintiff has requested no previous extension of time in this matter and to date, all of his filing with the Court have been made in a timly manner.

      Wherefore the above forementioned reasons Plaintiff Gregory Hale is requesting a minimum 30 day extension of time.

                  Respectfully submitted,

/s/ Gregory Hale Pro Se
9337 S. Merrill
Chicago, Illinois
60617

**NOTICE OF FILING CERFICATE OF SERVICE**

Please take notice that I, Gregory Hale certifies that I, served a copy of my EXTENSION FOR TIME on the Defendant's and this Court named below.

TO: JOHN WATERS/ Clerk Of Court
Central Dist/151 U.S. CTHSE
600 E. Monroe St.
Springfield, IL 62701

TO: Eric J. Rieckenberg/Ast. A.G.
500 S. Second St.
Springfield, IL 62706

That I deposited both the same copy with proper U.S. postage and depodited them in a U.S. Mail Box on this 28TH day of February 2005.

/s/ _____
GREGORY HALE, Plaintiff
9337 S. Merrill
CHGO. IL 60617