E-FILED
Wednesday, 16 March, 2005 02:01:09 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

Gregory Hale )
    Plaintiff, )
     )
Vs. ) Case No. 03-3177
     )
John C. Battles et, al. )
    Defendants, )
     )

## MOTION TO COMPEL

Now Comes Gregory Hale Pro Se, pursuant to the Federal Rules Of Civil Procedural, in his Motion To Compel and respectfully request that his Motion is granted acompanied ORDER compeling the defendant's to: a) Answer plaintiff's second request for interrogatories and production of documents.
b) That if defendant's request to take deposition of plaintiff that it must be held at the Attorney General office/James R. Thompson Center located in Chicago, Illinois.

IN SUPPORT OF HIS MOTION PLAINTIFF STATES AS FOLLOWS:

    1) Defendant's first request to depose plaintiff was objected to by plaintiff, do to he informed the defendant;s in writing that he will be unable to attend do to he is currently on Parole and electronic Home Monitor and that if he is to be depose a 30 day notice is required and that deposition must be held in Chicago, Illinois.

Respectfully submitted,

/s/ _Gregory Hale_ Pro Se.

## NOTICE OF FILING/PROOF OF SERVICE

TO: Clerk of Court
151 U.S. CTHSE
600 E. Monroe St.
Springfield, IL 62701

TO: Ast. A.G.
Eric J. Rieckenberg
500 S. Second St.
Springfield, IL
62706

Please take notice that I Gregory Hale states that on 3-12-05, I file 1 copy of attached Motion To Compel on the above named persons. By placing proper postage on each placing them in the U.S. Mail Box in city of CHGO, Illinois.

/S/ Gregory Hale Plantiff
9337 S. Merrill
CHGO, IL 60617

DATE: March 12, 2005