E-FILED
Friday, 25 March, 2005  03:30:49 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| GREGORY HALE #K-60259, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. 03-3177 |
| | ) | |
| JOHN BATTLES, et. al, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL**

NOW COME defendants, JOHN BATTLES, JULIE BOHLER, MEL DROZS, JUDIE EGGELHOLF, ROBERTA FAIRBURN, BRUCE FISHER, DAVID FREEMAN, KIRK HAGAR, DEBBIE SUE HAMM, MICHAEL KEITHLY, JEAN MAHAN, BARBARA MURRAY, GEORGE SCILLIA, DONALD N. SNYDER, LINDA STAMBAUGH, and ANNETTA VANHOOSIER, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and for their response to plaintiff's motion to compel states as follows:

1. Per this Court's June 11, 2004 Order, discovery in this matter was to be completed by October 29, 2004, and all dispositive motions in this matter were to be filed by November 30, 2004.

2. On November 30, 2004, defendants moved for an extension of time to complete discovery and enlarge the dispositive motion deadline. The Court granted this motion on December 15, 2004, extending the discovery for all parties to January 31, 2005.

3. On January 31, 2005, due to plaintiff's difficulties in attending his scheduled deposition, defendants again filed a motion for an enlargement of the discovery deadline to March 15, 2005, for the limited purpose of taking plaintiff's deposition, and an enlargement of the dispositive motion deadline to April 15, 2005. The Court has yet to rule on that motion.

4. On February 18, 2005, defendants received plaintiff's second request for production of documents and second request for interrogatories. These requests contained a certificate of service date of February 14, 2005.

5. The discovery period for this matter ended January 31, 2005. Defendants' second motion for enlargement, although not addressed by the Court and now moot, would have been for the sole purpose of taking plaintiff's deposition. Thus, plaintiff's second request for production of documents and second request for interrogatories were untimely and plaintiff's motion to compel regarding same is without merit and should be denied.

6. Plaintiff in his motion to compel also seeks this Court to order the location of plaintiff's deposition to be exclusively the James R. Thompson Center in Chicago. The request by the defendants to depose the plaintiff at the Springfield offices of the Illinois Attorney General are neither improper nor burdensome. Further, the undersigned has conferred with plaintiff's parole agent and the plaintiff is allowed to travel for legal matters such as depositions. Lastly, plaintiff's motion to compel was mailed only two days prior to the second scheduled deposition of the plaintiff, on March 12, 2005, and was not received by the undersigned until after the plaintiff's failure to attend that deposition.

7. For the aforementioned reasons, plaintiff's motion to compel is without merit and should be denied.

          Respectfully submitted,

          JOHN BATTLES, JULIE BOHLER, MEL DROZS, JUDIE EGGELHOLF, ROBERTA FAIRBURN, BRUCE FISHER, DAVID FREEMAN, KIRK HAGAR, DEBBIE SUE HAMM, MICHAEL KEITHLY, JEAN MAHAN, BARBARA MURRAY, GEORGE SCILLIA, DONALD N. SNYDER, LINDA STAMBAUGH, and ANNETTA VANHOOSIER,

          Defendants,

          LISA MADIGAN, Attorney General,
          State of Illinois,

Eri J. Rieckenberg, #6270995      Attorney for Defendants,
Assistant Attorney General
500 South Second Street
Springfield, IL  62706      By:  s/Eric J. Rieckenberg
(217) 557-0261                  Eric J. Rieckenberg
   Of Counsel.                Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GREGORY HALE #K-60259, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. 03-3177 |
| ) | |
| JOHN BATTLES, et. al, ) | |
| ) | |
| Defendants. ) | |

_____

Certificate of Service

I hereby certify that on March 25, 2005, I electronically filed Defendants' Response to Plaintiff's Motion to Compel with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on March 25, 2005, I mailed by United States Postal Service, the document to the following non-registered participant:

Gregory Hale
9337 South Merrill
Chicago, IL 60617

Respectfully submitted,

 s/Eric J. Rieckenberg
Eric J. Rieckenberg, #6280995
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
erieckenberg@atg.state.il.us