



3:03-cv-03177-HAB-CHE # 53-2 Page 1 of 9

E-FILED
Wednesday, 30 March, 2005 09:33:12 AM
Clerk, U.S. District Court, ILCD

COPY

OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

Lisa Madigan
ATTORNEY GENERAL

February 24, 2005

Mr. Gregory Hale
9337 South Merrill
Chicago, Illinois 60617

**CERTIFIED RETURN RECEIPT**

Re: *Hale v. Battles, et al.*
03-3177

Dear Mr. Hale:

This letter is in regard to your inability to attend the January 31, 2005 deposition for this case, due to your placement on electronic home monitoring. I have been in contact with IDOC legal staff, and it is my understanding that permission is normally granted under circumstances such as this, whereby individuals on electronic home monitoring are allowed to leave their area of confinement for the purpose of giving a deposition in a legal matter they have initiated.

Accordingly, I have re-scheduled your deposition in the above-captioned matter for Monday, March 14, 2004 at 11:00 am. Please see the attached notice of deposition for further details on the location of the deposition.

Thank you for your understanding in this matter.

Sincerely,

Eric J. Rieckenberg

Eric J. Rieckenberg
Assistant Attorney General

EJR/lma
enclosure
cc: IDOC Parole Agent Ronald Bills

EXHIBIT
A

500 South Second Street, Springfield, Illinois 62706 • (217) 782-1090 • TTY: (217) 785-2771 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois 60601 • (312) 814-3000 • TTY: (312) 814-3374 • Fax: (312) 814-3806
1001 East Main, Carbondale, Illinois 62901 • (618) 529-6400 • TTY: (618) 529-6403 • Fax: (618) 529-6416

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

GREGORY HALE #K-60259,
Plaintiff,
-vs-
JOHN BATTLES, et. al,
Defendants.

Case No. 03-3177

**NOTICE OF DEPOSITION**

TO: Gregory Hale
9337 South Merrill
Chicago, IL 60617

DATE AND HOUR: March 14, 2005 at 11:00 am

TO BE DEPOSED: Gregory Hale

LOCATION: Office of the Attorney General
3000 Montvale Drive
Springfield, IL 62704

YOU ARE HEREBY NOTIFIED that we shall take the deposition, upon oral examination, of the above-named individual at the time, date and place set forth above, pursuant to Federal Rule of Civil Procedure 30.

DATED 24th day of January, 2005.

Respectfully submitted,

JOHN BATTLES, et al.,
Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,
Attorney for Defendants,

By: [signature]
Eric J. Rieckenberg
Assistant Attorney General

Eri J. Rieckenberg, #6270995
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
(217) 557-0261
Of Counsel.

**CERTIFICATE OF SERVICE**

Eric Rieckenberg, Assistant Attorney General, hereby certifies that he has served a copy of the foregoing Notice of Deposition upon:

Gregory Hale
9337 South Merrill
Chicago, IL 60617

by causing a copy of same, in a correctly addressed prepaid certified, return receipt requested envelope, to be deposited in the United States Mail in Springfield, Illinois on February 24, 2005.

Eric J. Rieckenberg
Assistant Attorney General

Eric J. Rieckenberg, #6270995
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
(217) 557-0261

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gregory Hale
9337 South Merrill
Chicago, IL 60617

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) Sharon Hale

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 70033110 0000 3486 1229

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

7003 3110 0000 3486 1229

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Hale
03-3177
Gen Law

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark Here: SPRINGFIELD IL 62701 DTS FEB 24 2005 USPS

Sent To: Gregory Hale
Street, Apt. No.; or PO Box No.: 9337 South Merrill
City, State, ZIP+4: Chicago, IL 60617

PS Form 3800, June 2002 See Reverse for Instructions

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

GREGORY HALE #K-60259, )
Plaintiff, )
vs ) Docket No. 03-3177
JOHN BATTLES, et al., )
Defendants. )

Deposition of GREGORY HALE, taken at the instance of the Defendants, on March 14, 2005, scheduled for the hour of 11:00 a.m., at 3000 Montvale Drive, Springfield, Illinois, before Donna M. Dodd, Certified Shorthand Reporter and Notary Public.

GOLEMBECK REPORTING SERVICE
Connie S. Golembeck, Owner
(217) 523-8244
(217) 632-8244

EXHIBIT
B

APPEARANCES:

MS. LINDA WOLTERS
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
Appeared on behalf of the Defendants.

E X H I B I T S

| NUMBER | MARKED FOR IDENTIFICATION |
| --- | --- |
| Exhibit Number 1 | 3 |

(Exhibit Number 1 was marked for identification prior to the start of the deposition.)

MS. WOLTERS: Okay. For the record, it is approximately 11:40 on March 14, 2005. We are here today for a deposition that was scheduled for the Plaintiff, Mr. Gregory Hale, H-a-l-e.

I have his Notice of Deposition, which indicates that notice was sent to the Plaintiff on February 24, 2005 by Eric Rieckenberg, the Assistant Attorney General.

As of 11:40, I have not received a phone call from him nor have I received any correspondence indicating his status as to the scheduled deposition so, therefore, we are concluding this deposition at this time.



STATE OF ILLINOIS )
) SS.
COUNTY OF SANGAMON )

I, Donna M. Dodd, do hereby certify that I am a Certified Shorthand Reporter and Notary Public within and for the County of Sangamon and State of Illinois, and that I reported in shorthand the proceedings had on the scheduled deposition of GREGORY HALE on the above-entitled cause on March 14, 2005, and that the foregoing is a true and accurate transcript of my shorthand notes so taken.

Dated this 15th day of March, A.D., 2005.

Notary Public and
Certified Shorthand Reporter
License No. 084-003912

My Commission Expires:
May 19, 2006



**GOLEMBECK REPORTING SERVICE**

Connie S. Golembeck, Owner
217 East Monroe Street, Suite 101
Springfield, Illinois 62701
(217) 523-8244
SS# 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

March 18, 2005

Ms. Linda Wolters
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62701

FOR SERVICES RENDERED:
In Re: Gregory Hale vs. John Battles, et al
03-3177

March 14, 2005 Deposition of Gregory Hale covered by Donna M. Dodd

| | | |
|---|---|---|
| APPEARANCE: | (Minimum) | $ 45.00 |
| TRANSCRIPT: 4 pages | (Original) | $ 10.00 |
| | TOTAL DUE | $ 55.00 |

**THANK YOU**