IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT, ILLINOIS

Gregory Hale, )
    Plaintiff )
)
Vs. ) Case No. 03-3177
)
John Battles, et,al.. )
    Defendant's, )

MOTION IN RESPONSE TO
DEFENDANTS MOTION FOR SANCTIONS

    Now comes Gregory Hale Plaintiff in his Motion In Response to the Defendants Motion For Sanctions. Mr. Hale respectfully prays that his motion is grant with accompany ORDER ordering the defendants to depose plaintiff at the "ATTORNEY GENERAL OFFICE located at 100 W. Randolph St. James R. Thompson. Center, Chicago, Illinois.

IN SUPPORT OF HIS MOTION PLAINTIFF STATES AS FOLLOWS:

    1. First when Mr. Hale/plaintiff first response to the defendants request to depose him in Springfield, Il he denied there request for the following 3/three reasons. (See attached exhibit A) letter to defendants prior to them asking this Court for an extension to depose plaintiff.

    2. That the plaintiff may in fact has been grnated permission to travel to Springfield from his parole agent, how ever the defendants are eluding the point that travel expenses will be needed in which Mr. Hale can not afford, nor did agent state that they were going to provide theplaintiff's transportation to and from Springfield, IL. Furthermore the plaintiff will be subjected to various rules and regulation while traveling that maybe imposed falsely as a result of his present condition and the case pending against the defendants at bar.

    3. Inconclusion it apears beyond a reasonable doubt that the defendants file this motion just to delay just from being prevail in which plaintiff is due, also they're trying to deliberately request that plaintiff right/protected to testify at trial is taken in which his testimony/my will in fact be one of the major proof of the defendants guilt in this case, that would in a miscarriage of justice to the **pro se** plaintiff.

    WHEREFORE the above stated reason the plaintiff Mr. Hale respectfully prays that his Motion is granted and the defendants is denied with accompanied Order.

Respectfully submitted,

/s/ Gregory Hale
GREGORY HALE PRO SE

April 5, 2005

## NOTICE OF FILKING PROOF OF SERVICE

I, Gregory Hale do depose and states that I have filed/served 1(one) copy of the attached Motion, on to the persons named below. That I deposit them in the U.S. Mail Box in the city of Chicago, IL, with proper U.S. POstage on each on this 5th day of April 2005.

TO: JOHN WATER/Clerk Of Court
    151 U,S, CTHSE 600 E. Monroe
    Springfield, IL
    62701

TO: Ast. Attorney Genaral Eric
    Riencberg 500 S. Second St.
    Springfield, IL 62701

/s/ _____
GREGORY HALE/Plaintiff
9337 S. Merrill
Chicago, IL 60617

Date: April 5, 2005

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

EXHIBIT A

GREGORY HALE )
    Plaintiff, )
                                    )
Vs.                                 )   No. 03-3177
                                    )
JOHN BATTLES. ET. AL, )

## PLAINTIFF RESPONSE TO
## DEFENDANTS NOTICE OF DEPOSITION

you are hereby notified, that I Gregory Hale Plaintiff will not be able to attend your requested deposition set by you for January 31, 2005, at 11;00am. Due to I am currently on Parole and thus more home monitor, in which I am sure that you were aware of.

However, as an alternative, feel free to reschedule deposition date by following these guidelines;

a)  Give Plaintiff Mr. Hale a minimum 30 day prior notice;

b)  Deposition must be held at your Attorney Geberal Office located in the city of Chicago, at 100 W. Randolph St.

Respectfully submitted,

GREGORY HALE PRO SE PLAINTIFF
9337 S. Merrill
Chicago, Illinois 60617

DATED:   JANUARY 20TH 2005;

**EXHIBIT   A**

## CERTIFICATE OF SERVICE

Gregory Hale herby certifies that he has served a copy of his RESPONSE TO DEFENDANTS REQUEST FOR DEPOSITION upon:

>Erica J. Rieckenberg #6270995
>Assisant Attorney General
>500 S. Second St.
>Springfield, Illinois  62701

/s/ _____
Gregory Hale pro se

Notarised under the pentalty of perjury on this 26TH day of January 2005.