E-FILED
Wednesday, 01 June, 2005  09:30:06 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GREGORY HALE #K-60259, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. 03-3177 |
| ) | |
| JOHN BATTLES, et. al, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

NOW COME the defendants, JOHN BATTLES, JULIE BOHLER, MEL DROZS, JUDIE EGGELHOLF, ROBERTA FAIRBURN, BRUCE FISHER, DAVID FREEMAN, KIRK HAGAR, DEBBIE SUE HAMM, MICHAEL KEITHLY, JEAN MAHAN, BARBARA MURRAY, GEORGE SCILLIA, DONALD N. SNYDER, LINDA STAMBAUGH, and ANNETTA VANHOOSIER, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Fed. R. Civ. P. 6(b) move for an enlargement of time to and including July 3, 2005, in which to file a dispositive motion in this matter. In support thereof, defendants state as follows:

1. Per this Court's May 6, 2005 Order, all dispositive motions in this cause are to be filed by June 3, 2005. Plaintiff has refused to attend two scheduled depositions in this matter, which has led this Court to impose sanctions upon the plaintiff. As the dispositive motion of the defendants will be based solely on the defendants affidavits and documentary evidence, the undersigned requires additional time to confer with the defendants in this matter in order to obtain the necessary information for the defendants' dispositive motion.

2. Therefore, defendants respectfully request an enlargement of time, to and including July 3, 2005, within which to file a dispositive motion in this matter.

3. This motion is not made for the purposes of undue delay, but is made in good faith for the purpose of adequately representing defendants in this matter. Further, a 30-day extension will not prejudice the plaintiff nor appreciably delay the prosecution of this matter.

WHEREFORE, defendants respectfully request that this honorable Court grant an enlargement of time to and including July 3, 2005, in which to file a dispositive motion in this matter.

    Respectfully submitted,

    JOHN BATTLES, JULIE BOHLER, MEL DROZS, JUDIE EGGELHOLF, ROBERTA FAIRBURN, BRUCE FISHER, DAVID FREEMAN, KIRK HAGAR, DEBBIE SUE HAMM, MICHAEL KEITHLY, JEAN MAHAN, BARBARA MURRAY, GEORGE SCILLIA, DONALD N. SNYDER, LINDA STAMBAUGH, and ANNETTA VANHOOSIER,

    Defendants,

    LISA MADIGAN, Attorney General,
    State of Illinois,

    Attorney for Defendants,

    s/Eric J. Rieckenberg
    Eric J. Rieckenberg
    Assistant Attorney General
    Attorney for Defendants
    500 South Second Street
    Springfield, IL  62706
    (217) 557-0261
    (217) 524-5091
    erieckenberg@atg.state.il.us
    #6280995

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GREGORY HALE #K-60259, )<br>)<br>    Plaintiff, )<br>)<br>-vs- )<br>)<br>JOHN BATTLES, et. al, )<br>)<br>    Defendants. ) | Case No. 03-3177 |

**Certificate of Service**

I hereby certify that on June 1, 2005, I electronically filed defendants' Motion for Enlargement of Time with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

none

and I hereby certify that on June 1, 2005, I mailed by United States Postal Service, the document to the following non-registered participant:

Gregory Hale<br>
9337 South Merrill<br>
Chicago, IL 60617

Respectfully submitted,
 s/Eric J. Rieckenberg
Eric J. Rieckenberg
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, IL  62706
(217) 557-0261
(217) 524-5091
erieckenberg@atg.state.il.us
#6280995