E-FILED
Friday, 01 July, 2005  10:34:14 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GREGORY HALE #K-60259, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. 03-3177 |
| ) | |
| JOHN BATTLES, et. al, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

     NOW COME defendants, JOHN BATTLES, JULIE BOHLER, MEL DROZS, JUDIE EGGELHOLF, ROBERTA FAIRBURN, BRUCE FISHER, DAVID FREEMAN, KIRK HAGER, DEBBIE SUE HAMM, MICHAEL KEITHLY, JEAN MAHAN, BARBARA MURRAY, GEORGE SCILLIA, DONALD N. SNYDER, LINDA STAMBAUGH, and ANNETTA VANHOOSIER, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and for their motion for summary judgment pursuant to Federal Rule of Civil Procedure 56(b), states as follows:

1. In a June 11, 2004 Order, this Court winnowed and defined plaintiff's remaining claims as: 1) retaliation for pursuing grievances and lawsuits; 2) plaintiff's exposure to second-hand smoke at Taylorville Correctional Center violated his Eighth Amendment Rights; and 3) discrimination against the plaintiff based on his race.

2. The disciplinary and institutional assignment actions taken by the defendants were not taken in retaliation.

3. Plaintiff fails to state an Eighth Amendment claim for his exposure to second-hand smoke.

4. Plaintiff fails to state a claim for racial discrimination.

5. A memorandum of law in support of this motion is filed contemporaneously and incorporated herein by reference.

WHEREFORE, for the aforementioned reasons, defendants respectfully request this honorable Court grant their motion for summary judgment.

Respectfully submitted,

JOHN BATTLES, JULIE BOHLER, MEL DROZS, JUDIE EGGELHOLF, ROBERTA FAIRBURN, BRUCE FISHER, DAVID FREEMAN, KIRK HAGER, DEBBIE SUE HAMM, MICHAEL KEITHLY, JEAN MAHAN, BARBARA MURRAY, GEORGE SCILLIA, DONALD N. SNYDER, LINDA STAMBAUGH, and ANNETTA VANHOOSIER,

　　　Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

　s/Eric J. Rieckenberg
Eric J. Rieckenberg, #6280995
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
erieckenberg@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| GREGORY HALE #K-60259, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. 03-3177 |
| ) | |
| JOHN BATTLES, et. al, ) | |
| ) | |
| Defendants. ) | |

_____

Certificate of Service

I hereby certify that on July 1, 2005, I electronically filed Defendants' Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on July 1, 2005, I mailed by United States Postal Service, the document to the following non-registered participant:

Gregory Hale
9337 South Merrill
Chicago, IL 60617

Respectfully submitted,

  s/Eric J. Rieckenberg
Eric J. Rieckenberg, #6280995
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
erieckenberg@atg.state.il.us