**E-FILED**
Friday, 01 July, 2005 10:36:34 AM
Clerk, U.S. District Court, ILCD

| | | |
|---|---|---|
| **STATE OF ILLINOIS** | ) | *Hale, K-60259 v. Battles et. al.* |
| | ) ss. | **USDC CD-IL No. 03-3177** |
| **COUNTY OF CHRISTIAN** | ) | |

## AFFIDAVIT

I, **Kirk Hager**, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1.   I am a Correctional Officer at Taylorville Correctional Center (CC). I began employment with the Illinois Department of Corrections at Taylorville CC on 5/21/90 as a Correctional Officer Trainee. I became a certified Correctional Officer on 8/21/90 and have served in that title since that time.

2.   On February 15, 2001, I wrote Offender Gregory Hale, IDOC register number K-60259, a disciplinary report for insolence and disobeying a direct order after Offender Hale used obscenities toward the staff at Taylorville CC and refused to show his identification card.

3.   On one occasion, Offender Hale and several other inmates returned to Housing Unit number 1's control area from the inmate law library. I directed the inmates to secure their books in their bed areas and return to the control area so I could send the inmates to lunch as a group. All of the inmates except Offender Hale returned to the control area for lunch. After approximately ten minutes of waiting on Offender Hale, I sent the inmates to lunch. Approximately ten minutes later, Offender Hale entered the control area and demanded to be sent to lunch. I refused to allow

1



Offender Hale to go to lunch singly.

4.    My actions toward Offender Hale were motivated by my desire to maintain order at the institution and to ensure inmates follow departmental and institutional rules. My actions toward Offender Hale were in no way motivated by a desire to retaliate against him for any reason or because of racial bias.

I have read the foregoing paragraphs and they are true and correct to the best of my knowledge and belief.

_Kirk M. Hager_

Kirk Hager

Subscribed and sworn to before me
this _14th_ day of _June_, 2005.

_Paula R. McCray_

Notary Public

"OFFICIAL SEAL"
Paula R. McCray
NOTARY PUBLIC
STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-29-2008

2

State of Illinois - - Department of Corrections
**DISCIPLINARY REPORT**

Page _1_ of _2_

☒ Disciplinary Report _2·15·01_ Date   ☐ Investigative Report _____ Date

Committed Person: _HALE_  No. _K60259_  Facility: _TAYLORVILLE_

Observation Date: _2·15·01_  Time: _APP. 9:20_ am/pm  Location: _YARD_

_K. HAGER #123  K 52·37_          _K. Hager #123  2·15·01  APP 9:35am_
PRINT Employee's Name                    Employee's Signature/Date/Time

Offense: 504 B/C _304 INSOLENCE   403 DISOBEYING A DIRECT ORDER_

Observation: _On the above date and approx. time while on the yard this officer told I/m HALE K60259 that he did not have time to walk another lap because the yard was getting ready to close. I/m HALE started complaining to several other inmates that the "bitch ass police" was closing the yard. This officer_

Witnesses, if any: _____

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement  ☐ Investigative Status  Reasons: _____

PRINT Name          Shift Supervisor's Signature and Date
                    (For Community Correctional Centers, Chief Adm. Off.)

☐ Confinement Reviewed by Reviewing Officer  Comment: _____

PRINT Name                    Signature/Date

☐ MAJOR, submitted to Adjustment Committee  ☒ MINOR, submitted to Program Unit
_Cpt. Rhodes_                        _2-15-01_
PRINT Name              Reviewing Officer's Signature and Date

☐ Reviewed by Hearing Investigator: _____
(Adult Division Major Reports Only)  PRINT Name    Signature and Date

**PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS**

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Committed Person Refused to Sign ☒

_S. Rotsea 208_      _208_        _2-15-01_    _4°5_
PRINT Serving Employee's Name  Serving Employee's Signature   Date and Time Served

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____         Committed Person's Signature and Number

**(DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING)**

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____ Date

NAME OF WITNESS: _____  Number/Cell/Title: _____
Witness can testify to: _____
NAME OF WITNESS: _____  Number/Cell/Title: _____
Witness can testify to: _____

DC 7205 (Rev. 4/98)  Distribution: 1) Master File; 2) Committed Person;
IL 426-0361              3) Facility; 4) Facility

Committed Person's Name and Number

**EXHIBIT B**

State of Illinois - - Department of Corrections
DISCIPLINARY REPORT/SUMMARY
(Continuation Page)

Page 2 of 2

☒ Disciplinary Report     ☐ Disciplinary Summary

Committed Person: _HALE_____ No. _K 60259_

Offense Date: _215.01_ AR. Time: _9:20_ pm Location: _YARD___ Facility: _TAYLORVILLE_

tell I/m HALE K60259 to produce his ID card and I/m
HALE stated he was not going to give this officer his ID
until he seen a white shirt. I/m HALE had to be tell
five different times to produce his ID and when he finally
did said "You can bet I'm gonna handle my business"

DC 7212 (Eff. 4/98)   Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-11612

## STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS
### PROGRAM UNIT
### FINAL SUMMARY REPORT

Run Date: 02/21/2001

**Name:** HALE, GREGORY     **IDOC #:** K60259     **Race:** Black

**Hearing Date/Time:** 02/19/2001 / 08:05 AM     **Living Unit:** TAY-5A-05-02

**Incident #:** 200100416 / 1     **Status:** Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 02/15/2001 | 1 | HAGER,KIRK M | YARD | 9:20 AM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 304 | Insolence | Guilty |
| 403 | Disobeying a Direct Order | Guilty |

| Witness Type | Witness Id | Witness Name |
|--------------|------------|--------------|
| Witness Status | | Witness Statement |

**No Witnesses Requested**

### RECORD OF PROCEEDINGS
inmate partial admission to the ticket.

### BASIS FOR DECISION
admission by inmate

observation by reporting staff.

### DISCIPLINARY ACTION  (Consecutive to any priors)
Recommended:          Final:

Loss of Yard 7 Day(s)       Loss of Yard 7 Day(s)   3 - 5 -   3 - 11 - 01

### SIGNATURES

**Hearing Committee**

PEARSE, MARK E  - Chair Person      *signature*     WHITE

       Signature      Race

**Recommended Action Approved**

### FINAL COMMENTS:

WALTER A GROESCH / WAG     *signature*    02/20/2001

**Chief Administrative Officer**       Signature      Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

    235        2:26:01

**Employee Serving Copy to Committed Person**     When Served - - Date and Time

**EXHIBIT**

C

THIS...RIV.. WILL BE USED IN CI... COURT
PROCEEDINGS:
Illinois Department of Corrections
...MITTED PERSON'S GRIEVANCE REPORT

2-A-2-10

| Date: 3-4-01 | ... mitted ...son: Gregory Hale | ID #: ...K-60259 |
| Present Facility: Taylorville | Facility where grievance issue occurred: Taylorville | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Restoration of Good Time
- [ ] Disciplinary Report – Date ___
- [x] Mail Handling
- [ ] Dietary
- [ ] Medical Treatment

Transfer Denial: #5383
- [ ] By Transfer Coordinator
- [ ] By Institution
- [ ] Disability
- [x] Other  Inhalation of

Where Issued: 2nd hand smoke in
Dorm/cell/(bed area/

PAGE 1 - Committed person comple... and sends to counselor who completes counselor response and returns to committed person. Committed person then decides whether or not to forward to Grievance Officer. Grievances on discipline go directly to Grievance Officer.

PAGE 2 - Grievance Officer completes, forwards to CAO; CAO responds and returns to committed person. Committed person then decides whether or not to forward to ARB.

**THIS FORM IS NOT USED FOR PROTECTIVE CUSTODY DENIALS.**

Brief Summary of Grievance: Note; On H.U. 5A, I was exping Retalition by P.P.
(inmates members by giving false reports on me to staff etc...
On 2-28-01, I was moved from 5A, where there is no smoking in bed
area to 2A, where aprox. 18 inmates that sleep in that dorm(2) are heavy
compulsive smokers. Furthermore, smoking is permitted in dorm in bed
area. By this rule it has caused me constant dizziness and coughing for
the past 5 days, and exposes me to second hand smoke daily, with the
affect of developing lung cancer or some other related form of cancer.
T.C.C. is aware of me being a nonsmoker, thru my medical filed as well as
by the request I sent in to the Placement Office that has put me on the
waiting list to be housed in H.U. #1 NONSMOKING UNIT. As an alternative
they could had placed me on one of the H.U.'s such as 5B where smoking is
not allowed. -in bed area. I've have been choking and expeiring other health problems
since housed on this unit. On 5A limited me only asset to my bedarea do to
the day room heavy loads of smoke, now I have no refuge at all. Note; Prior
(this has caused me unending physical and mental suffering/anguish
to being moved from H.U. 5A I put in many request to the Counselor that was
in person, to H.C.U.A., Placement and last to CAO W. G.phd, to be moved
A.S.A.P. to H.U. #1, and my last request to CAO was for an alternative of

Relief Requested: any other H.U. other than H.U. 2. This appears to be just another
Retalitory act by Taylorville C.C./I.D.O.C. for my present Civil
R.S. TO ME MOVED TO H.U. 1 ASAP.To be screen for cancer   Law Suit against
FOR THE BOGUS IDRS and OTHER RETALIATION TO STOP.        them.

**COUNSELOR'S RESPONSE**

Date Received: 3/8/01
Response: _[handwritten]_

| Counselor | | |
| --- | --- | --- |
| _[signature]_ | Thomas L. Thoreesen | 3/13/01 |
| Signature | Print Name | Date of Response |

- [ ] Outside jurisdiction of this facility: grievances which arose from a facility other than the committed person's present location and denials of transfers from the Transfer Coordinator's Office forward directly to the Administrative Review Board, 1301 Concordia Court, P.O. Box 19277, Springfield, IL 62794-9277.

_[handwritten at bottom]_ was moved out of unit 5 due to Side problem he was having in the unit.
Inmate was not moved for punishment or retaliation. Inmate will

EXHIBIT
D

Side 2

## GRIEVANCE OFFICER'S REPORT

Date Received: 3/14/01                    Date of Review: 3/14/01

Committed Person:    Hale, Gregory                    Number:  K60259

Nature of Grievance:    Due to non smoking preference, request to be moved to non-smoking housing unit.

Facts Reviewed:    Reviewed OTS, said inmate was moved to H.U. 1 – non smoking dorm on 3/13/01. Hence grievance relief requested appears to have been satisfied.

Recommendations:    No further review needed as original request has been satisfied.

| Grievance Officer | _W Evans_ CC II | R. Evans |
|---|---|---|
| | Signature | Print Name |

## CHIEF ADMINISTRATIVE OFFICER'S RESPONSE

Date Received: 3/16/2001    ☒ I concur    ☐ I do not concur    ☐ Remand

Comments:

| Walter A. Gresch | 3/16/2001 |
|---|---|
| Chief Administrative Officer | Date |

## COMMITTED PERSON'S APPEAL TO THE DIRECTOR

I am appealing the Chief Administrative Officer's decision to the Director, via the Administrative Review Board. I understand this appeal must be submitted within 30 days of receipt of the Chief Administrative Officer's decision.

| Committed Person's Signature/Number | Date |
|---|---|

Copy: Original to Master File
CC:    Inmate  3-16-01    Date Received
       Warden

A/W Operations    Other:
A/W Programs
Inquiry Board

DC 5657
IL 426-17343

ADMINISTRATIVE REVIEW BOARD
1301 Concordia Court, P.O. Box 19277
Springfield, IL 62794-9277

**STATE OF ILLINOIS**        )    *Hale, K-60259 v. Battles et. al.*
                           ) ss.  **USDC CD-IL No. 03-3177**
**COUNTY OF CHRISTIAN**     )

## AFFIDAVIT

I, **Barbara Murray**, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1.    I was formerly a Correctional Counselor at Taylorville Correctional Center (CC). I came to IDOC, Taylorville CC on 11/16/90 from the Department of Public Aid where I was an Account Technician I in the Business Office. I was promoted through the Upward Mobility Program to Correctional Counselor I on 3/16/01. I was semi-automatically promoted to Correctional Counselor II on 4/1/02. I retired on 12/31/04.

2.    During my tenure at Taylorville CC, I was assigned Offender Gregory Hale, IDOC register number K-60259. Offender Hale made a habit of coming to see me at every opportunity, and would bring grievances to me personally, rather than place them in the locked grievance box located outside my office. Offender Hale's demeanor was very unsettling to me, and I felt threatened by him. On many occasions I would have a correctional officer wait outside my office while Offender Hale was there. I believe that Offender Hale's behavior can only be described as "stalking."

3.    It is my recollection that Offender Hale was transferred from

1



EXHIBIT

E

Taylorville CC because of the threatening behavior he exhibited

toward myself and other female staff members.

4.    I believe that Offender Hale's transfer was in no way motivated by a

desire to retaliate against him for any reason or because of racial

bias.

I have read the foregoing paragraphs and they are true and correct to the

best of my knowledge and belief.

*Barbara A. Murray*

Barbara Murray

Subscribed and sworn to before me
this _17th_ day of _June_ , 2005.

*Linda R Barnes*

Notary Public

"OFFICIAL SEAL"
LINDA R BARNES
NOTARY PUBLIC
STATE OF ILLINOIS
MY COMMISSION EXPIRES 3-16-2008

2

# MAHAN, JEAN

**From:** ROSS, JENNIFER
**Sent:** Monday, July 30, 2001 7:51 AM
**To:** MAHAN, JEAN
**Subject:** RE: Hale K60259

We'll take care of it.

-----Original Message-----
**From:** MAHAN, JEAN
**Sent:** Friday, July 27, 2001 3:41 PM
**To:** ROSS, JENNIFER
**Cc:** JONES, DARRELL; STEVENS, JIM
**Subject:** FW: Hale K60259

Jennifer, this is the same guy that is stalking the librarian. I think you should do an administrative transfer to a Medium prison. I forgot when we discussed this case that I would be in Marion for the first three days of next week. He needs to go and with a cloud over his head. He is one bad dude! And this makes two female staff that he makes very uneasy, time to cut off his ***** Jean

-----Original Message-----
**From:** MURRAY, BARBARA
**Sent:** Friday, July 27, 2001 12:20 PM
**To:** MAHAN, JEAN
**Subject:** Hale K60259

**Jean,**
**Hey, is there anything can be done to get Hale out of this camp? Remember, I talked to**
**you about him when I first started and you advised me just to confront him. I did and for a**
**while he stayed away. Now he is back to coming in for all kinds of little things and always**
**filing asinine grievances. He makes me VERY uneasy!!**
**Like I said, I can't understand why someone like him should even be here.**
**Appreciate your response. Thanks!**
**Barb**

EXHIBIT

F

1

TAYLORVILLE CORRECTIONAL CENTER
MENTAL HEALTH EVALUATION

Name: Hale, Gregory                           Number: K60259

Referred by:.Referred by female staff who report
feelings of threat and unease around him.            Date: 7/25/01

Subjective Data: "Praise God. I am blessed." ***** "I don't need Sex Offender Treatment because
I am about to be released. I am innocent, falsely accused. I only joined Sex Offender Treatment
when I first got in Big Muddy River C.C., cause a rumor was going round that you could get good
time. I never signed a contract."

Objective Data: Orientated times three. Normal range IQ. He denies inappropriate conduct with
staff. He is extremely defensive and immediately exhibits the following defenses which are typical
of Sex Offenders: 1) Switches focus from his behavior to demands of knowing his accuses. 2)
Attacks the veracity and reputation of the complaining staff member. 3) Claims he rejected Sex
Offender Treatment when most likely they dismissed him due to his lack of participation or his
misbehavior. 4) Is vaguely aggressive and threatening by mentioning frequently his lawsuits
against corrections."

Diagnosis (Provisional/Final):

Axis I:
Axis II: Sex offender – Adult – Opposite Sex

Summary and Treatment Plan: Alert senior staff and security of stalking behavior. Discuss his case
with Mental Health Team. Sex Offender Treatment to address his issues and current behavior was
offered. Inmate refused once again, the Sex Offender Program.

Jean Malin     7-25-01
Jean Mahan                  Date
Psychologist III

cc:    Master File
       Psychologist File

DCA 7157    (8/1/87)
IL 426-10643

JM/ah

EXHIBIT
tabbies
6

ERTR13                      ILLINOIS DEPARTMENT OF CORRECTIONS            PAGE    3
                            OFFENDER TRACKING SYSTEM:TR          RUN DATE: 08/02/01
AS OF DATE: 08/02/01              TRANSFER REPORT                RUN TIME: 14.43.14

NAME:HALE, GREGORY          CURRENT LOCATION: TAYLORVILLE
IDOC #:K60259              CURRENT SECURITY: MINIMUM          SEX:    MALE
TRANSFER ID #: 006
***********************************************************************************
1. TYPE OF ACTION: TRANSFER ONLY        CURRENT TRANSFERS:   APPROVED   00
   RECLASSIFICATION AND TRANSFER   X                         PENDING    01
***********************************************************************************
2.TYPE OF TRANSFER:   3.TRANSFER FROM:  4.TRANSFER TO:   5.OK'D BY MEDICAL DEPT?
                                                             YES    X   NO

     REQUEST          GEN POP  X       GEN POP  X
      INMATE          DIS SEG          DIS SEG         6.INMATE WANTS TRANSFER?
       INST           PRO CUS          PRO CUS            YES       NO
      GN OFF          INVEST           INVEST          NEUT   X   UNK
    EMERGENCY         MSU              MSU
   DISCIPLINARY       DIX STC          DIX STC         7.TRANSFER HISTORY
  X ADMINISTRATIVE    WK CAMP          DIX PSY
    ADJUSTMENT        CCC              CCC                TOTAL TRANSFERS 005
     OTHER            OTHER            OTHER              DISC. TRANSFERS 000
                                                       TRANSFER DENIALS 000

8. REQ / (REC) PLACEMENT (NAME/CODE)  WESTERN ILLINOIS            / WIL

   APPROVED PLACEMENT (NAME/CODE) _Western Ill_____ / _WIL_
***********************************************************************************
9. REASON FOR TRANSFER:   PROVIDE EXPLANATION
GOOD ADJUSTMENT           POOR ADJUSTMENT           DISCIPLINARY
ADMINISTRATIVE   X        EDUC/VOC                  OTHER PROGRAMS
MENTAL HEALTH             MEDICAL                   VISITATION
BEDSPACE                  OTHER

COMMENTS:

INMATE IS BEING RECOMMENDED FOR TRANSFER BASED
UPON CONCERNS EXPRESSED BY FEMALE STAFF AT THIS
FACILITY. I/M HALE HAS EXHIBITED STALKING BEHAVIOR
WITH A COUNSELOR AND LIBRARIAN BOTH FEMALE.
TRANSFER IS SUPPORTED BY FACILITY MENTAL HEALTH
STAFF.
***********************************************************************************
10. CRITERIA REVIEW: CHECK LOWEST PLACEMENT ALLOWED BY CRITERIA

                                           MINIMUM  MEDIUM  MAXIMUM
CURRENT SECURITY/DATE  :      3      (02/07/98)   X
ASSESSED SECURITY/DATE :      3      (08/02/01)   X

CURRENT ESC RISK/DATE  :      L      (08/02/01)   X
ASSESSED ESC RISK/DATE :             (       )

      WARRANT FLAG/TYPE:                          X

         TIME TO MSR:    3 YRS  2  MOS            X
   TIME TO BOARD DATE:   0 YRS  0  MOS

   >>>PLACEMENT ALLOWED BY A.D. CRITERIA<<<       X

   >>>EXCEPTION TO CRITERIA REQUESTED<<<
***********************************************************************************

EXHIBIT
H

```
CERTR113                ILLI  IS DEPARTMENT OF CORRECTI             PAGE     2
                         OFFENDER TRACKING SYSTEM:TR        RUN DATE: 08/02/01
AS OF DATE: 08/02/01          TRANSFER REPORT              RUN TIME: 14.43.14

NAME:HALE, GREGORY .          CURRENT LOCATION: TAYLORVILLE
IDOC #:K60259                 CURRENT SECURITY: MINIMUM          SEX:   MALE
TRANSFER ID #: 006
```
****************************************************************************

11. RATIONALE FOR TRANSFER:  ·           14. PREV NEG ADJ AT REQ FACILITY
    1. THREAT TO INST SECURITY           15. CRITICAL MENTAL HEALTH NEEDS
    2. ESCAPE RISK DESIGNATION            16. CRITICAL MEDICAL NEEDS
    3. ADDITIONAL OBSERVATION NEEDED      17. SUBSTANCE ABUSE
    4. TIME TO MSR/MAX RELEASE DATE       18. PROXIMITY TO INMATE'S NEEDS
    5. ADDITIONAL INFORMATION             19. PC/SAFEKEEPING
    6. FELONY/IMMIGRATION WARRANTS        20. CRIMINAL HISTORY
    7. SERIOUS NATURE OF OFFENSE          21. INSUFFICIENT REASON FOR TRANSFER
    8. NATURE OF OFFENSE                  22. BEDSPACE NEEDS
    9. OVERALL POSITIVE ADJUSTMENT        23. APPROPRIATELY PLACED
   10. OVERALL NEGATIVE ADJUSTMENT        24. TRANSFER REASONS CITED ON PAGE 1
   11. RECENT POSITIVE ADJUSTMENT         25. OTHER
   12. RECENT NEGATIVE ADJUSTMENT         26. INMATE REQUEST WITHDRAWN
   13. PAST FAILURE IN REDUCED SECURITY   27. DENIED CCC/REVIEW ED

****************************************************************************

12. STAFF REVIEW
    REQ / REC/ PLACEMENT(NAME/CODE) >>>>> _Western IL CC_  / _WIL_

|                      | SIGNATURE | TITLE | CODE | DATE | PLACEMENT | RTN |
|----------------------|-----------|-------|------|------|-----------|-----|
| PREPARING COUNSELOR  | _Thomas L. Patton_ | CCII | 2638 | 8/2/01 | WIL | 24 |
| SUPERVISOR           | _(signature)_ | CSS | 1457 | 8/2/01 | WIL | 24 |
| ASN OFF/CHM          |           |       |      |      |           |     |
| ASN COM              |           |       |      |      |           |     |
| ASN COM              |           |       |      |      |           |     |
| UNIT SUPT            |           |       |      |      |           |     |
| AW/PROG              | _(signature)_ | AWP |    | 8/3/01 | WIL | 24 |
| AW/OPS               | _(signature)_ | AWO |    | 8-3-01 | WIL | 24 |

****************************************************************************

13. WARDEN ACTION:
        TRANSFER:  APPROVED _1_ DENIED _____   PLACEMENT _Wil_

    IF TRANSFER IS DENIED, RATIONALE: _____

    IF APPROVED AND PLACEMENT DIFFERS FROM RECOMMENDED, RATIONALE : _____

        _____ _8-3-01_
              WARDEN   SIGNATURE              DATE

****************************************************************************

14. TRANSFER COORDINATOR  ACTION:
        TRANSFER:  APPROVED _V_  DENIED _____   FINAL PLACEMENT _/R/_

    IF TRANSFER IS DENIED, RATIONALE: _____

    IF APPROVED AND PLACEMENT DIFFERS FROM WARDEN  , RATIONALE : _M_

        _____ _8/3/01_
           TRANSFER COORDINATOR  SIGNATURE           DATE

```
CERCR104              ILLII  S DEPARTMENT OF CORRECTIO          PAGE:      1
                      OFFENDER TRACKING SYSTEM:  CR   RUN DATE: 08/02/01
08/02/01         SECURITY RECLASSIFICATION/ESCAPE RISK   RUN TIME: 14.44.57
NAME: HALE, GREGORY                CURRENT LOCATION:  TAYLORVILLE
IDOC #: K60259                     CURRENT SECURITY:  MINIMUM        SEX:  MALE
LIVING UNIT: TAY-1A-05-02
SUPERVISION LEVEL:
***************************************************************************
1. TYPE OF ACTION:_        2. TYPE OF RECLASS:        3. SOURCE OF REQUEST:
   RECLASSIFICATION           ANNUAL                     INST
***************************************************************************
4. ESCAPE RISK REVIEW  (SEE A.D.05.110A)           (L)  (M)  (H)  (E)  (N)
   A. ESCAPE FROM SECURE CONFINEMENT/SECURITY ESCORT
        WITH/WITHOUT VIOLENCE IN THE LAST FIVE YEARS
        (DATE/SITE:                            ):                       X

   B. INDICATION OF DESIRE/WILLINGNESS TO ESCAPE BY
        SELF-ADMISSION OR PREPARATION FOR ESCAPE      :                 X

   C. OUTSTANDING IMMIGRATION/MAJOR CRIMINAL CHARGE
        WARRANTS (TYPE:   ,                      ):                     X

   D. ESCAPE FROM AN OPEN FACILITY OR PROGRAM NOT
        INVOLVING ACTUAL OR THREATENED VIOLENCE
        (DATE/SITE:                            )
        (PAROLE ABSC:    ATC:                   )
         BOND VIOL:    MIL AWOL:    MNTL HLTH FAC:  ):                   X

   E. ESCAPE FROM SECURE CONFINEMENT/SECURITY ESCORT
        WITH OR WITHOUT VIOLENCE OVER FIVE YEARS AGO
        (DATE/SITE:                            ):                       X

   F. ADJUSTMENT, PERSONAL, OR SOCIAL PROBLEMS
        WITHIN OR OUTSIDE THE INSTITUTION            :                  X

   G. TYPE/LENGTH OF SENTENCE    TIME/MSR: 003 YR 02 MO
        (TIME/MSR:Y   IND:   LIF:   NLIF:   DTH:  ): X

   H. OTHER(                                                            X

                                               ):

CURRENT DESIGNATION:  LOW          RECOMMENDED DESIGNATION:  LOW
***************************************************************************
5. ASSESSED SECURITY DESIGNATION: (SCORING PERIOD BEGINS:  02/02/01)

   A. MAJOR DISCIPLINARY SANCTION SCORE (#   000  )  (1 OR MORE=5;0=0):  0

   B. SEGREGATION PLACEMENT SCORE (#   000  )      (2 OR MORE=2;0=0):   0

   C. SECURITY DESIGNATION SCORE      (MAXIMUM=2;MEDIUM=1;MINIMUM=0):   0

   D. PRIMARY ASSIGNMENT SCORE (#   001  )    (8 OR MORE=4;7 OR LESS=0): 0

   E. CURRENT AGE SCORE              (25 OR YOUNGER=2;26 OR OLDER=0):   0

   F. TOTAL SCORE                                            :  00

   G. SCORED SECURITY DESIGNATION (M:0-2=MN,3-5=MD,6+=MX):   MINIMUM
                                  (F:0-3=MN,4-5=MD,6+=MX)
   H. ADJUSTMENT FOR ESCAPE RISK DESIGNATION:             MINIMUM

   I. ASSESSED SECURITY DESIGNATION:                      MINIMUM
***************************************************************************
```

```
DERCR104            ILLIN  S DEPARTMENT OF CORRECTION        PAGE:      2
                     OFFENDER TRACKING SYSTEM:  CR    RUN DATE: 08/02/01
08/02/01       SECURITY RECLASSIFICATION/ESCAPE RISK    RUN TIME: 14.44.57
NAME: HALE, GREGORY              CURRENT LOCATION:  TAYLORVILLE
IDOC #: K60259                   CURRENT SECURITY:  MINIMUM       SEX:  MALE
LIVING UNIT: TAY-1A-05-02
SUPERVISION LEVEL:
```
*********************************************************************************

6. RATIONALE FOR SECURITY/ESCAPE RISK VOTES:
   1. THREAT TO INST SECURITY        11. RECENT POSITIVE ADJUSTMENT
   2. ESCAPE RISK DESIGNATION        12. RECENT NEGATIVE ADJUSTMENT
   3. ADDITIONAL OBSERVATION NEEDED  13. PAST FAILURE IN REDUCED SECURITY
   4. TIME TO MSR/MAX RELEASE DATE   14. SCORED SECURITY DESIGNATION
   5. ADDITIONAL INFORMATION         15. MAJOR CRIMINAL CHARGES PENDING
   6. FELONY/IMMIGRATION WARRANTS    16. SERIOUS NATURE OF INCIDENT
   7. SERIOUS NATURE OF OFFENSE      17. OTHER_____
   8. NATURE OF OFFENSE              18. OTHER_____
   9. OVERALL POSITIVE ADJUSTMENT    19. REDUCED SECURITY APPROPRIATE
  10. OVERALL NEGATIVE ADJUSTMENT    20. INCREASED SECURITY APPROPRIATE
*********************************************************************************

7.   FACILITY REVIEW:                      ESCAPE RISK     SECURITY
          RECOMMENDED ESCAPE RISK DESIGNATION:  LOW
          ASSESSED SECURITY DESIGNATION:                MINIMUM
             SIGNATURE        TITLE   CODE   DATE    VOTE    RTN    VOTE    RTN
PREPARING
COUNSELOR  _Ronn L. Potter_  CC II   2633  8/2/01  (L) M H   2   MN (MD) MX  3
CWS/CSS    _____  CSS    1257  8/2/01  (L) M H   2   MN (MD) MX  3
STAFF REVIEW:

SECR SPEC  _____  ____   ____  _____   L  M  H  E  ___
AW/PROG    _Jennifer Rose_    AWP    ____  8/2/01  (L) M H E  2  MN (MD) MX  3
AW/OPS     _____    AWO    ____  8-3-01  (L) M H E  2  MN (MD) MX  3
*********************************************************************************
8.   WARDEN'S ACTION:                     ESCAPE RISK     SECURITY
                    WARDEN'S DESIGNATION: (L) M H E      MN (MD) MX

     IF DIFFERENT FROM ASSESSED SECURITY DESIGNATION, RATIONALE: _____


          _____        _8-3-01_
                  WARDEN'S SIGNATURE                  DATE
*********************************************************************************
9.  TRANSFER COORDINATOR'S ACTION:                      FINAL SECURITY

                                                     MN (MD) MX

          THIS IS AN OVERRIDE OF THE ASSESSED SECURITY DESIGNATION:  YES _____

                                                     NO  _____

                                           RATIONALE:  _3_


          _____        _8/3/01_
               TRANSFER COORDINATOR'S SIGNATURE       DATE
*********************************************************************************

```
OERCR106              ILLIN  3 DEPARTMENT OF CORRECTION          PAGE:       1
                       OFFENDER TRACKING SYSTEM:  CR     RUN DATE: 08/02/01
AS OF DATE:  08/02/01        INMATE DATA SUMMARY       RUN TIME: 14.47.35
NAME: HALE, GREGORY            CURRENT LOCATION:   TAYLORVILLE
IDOC #: K60259                 CURRENT SECURITY:   MINIMUM        SEX: MALE
```

****************************************************************************
1. IDENTIFICATION DATA:

                                          MARKS/SCARS(LOC):
     HEIGHT:        5' 07''               SC UL ARM
     WEIGHT:        160
     DATE OF BIRTH: 08/26/62
     AGE:            38
     EYE COLOR:     BROWN
     HAIR COLOR:    BLACK
     RACE:          BLACK
     ETHNIC PREF:
****************************************************************************
2. INCARCERATION DATA:
     GRADE:            A            CURRENT SECURITY:        MINIMUM
     EFFECTIVE DATE:   02/19/01     EFFECTIVE DATE:          02/07/98
     PROJ RETURN TO "A":  N/A       LAST RECLASS DATE:       01/17/01
     CURRENT ESCAPE RISK: LOW       CURRENT SUPERVISION LVL:
     OUTSTANDING WARRANTS: NO       EFFECTIVE DATE:
     KEEP SEPARATE FROM:  NO        LAST REVIEW DATE:        __/__/__
     VICTIM NOTIFICATION: YES       MANDATORY EDUCATION:
****************************************************************************
3. SENTENCE DATA:
     ADMISSION TYPE:   DFC          CURRENT ADMIT DATE:       11/04/1997
     NEXT BOARD DATE:  N/A          PROJECTED MSR DATE:       10/19/2004
     FIRST BOARD DATE: __/__/__     MSR DISCHARGE DATE:       10/19/2007
     # OF BOARD APPEARANCES:        DNA TEST TAKEN : TESTED   11/04/1997
     SEX OFFENDER REGISTRY REQD: YES
OFFENSE DESCRIPTION      COM COUNTY  CL MIN SENTENCE / MAX SENTENCE   CS/CC
AGG CRIM SEX ASLT/BODILY COOK        X 0010 00 0000  0010 00 0000     CC
AGG CRIM SEX AB/BODILY HA COOK       2 0006 00 0000  0006 00 0000     CS
UNLAWFUL RESTRAINT       COOK        4 0003 00 0000  0003 00 0000     CC
****************************************************************************
4. PRIOR ASSAULT TICKETS: DR504.TABLE A - ALL ASSAULT OFFENSES
                  TOTAL #   ASSAULTEES   LAST ASSAULT   INST   ASSAULTEES
                  TICKETS   INJURED?     TICKET DATE    CODE   INJURED?

    STAFF ASSAULT:   0      YES__NO__   __/__/__  ____   YES__NO__

    INMATE ASSAULT:  0      YES__NO__   __/__/__  ____   YES__NO__
****************************************************************************

| 5. DISCIPLINARY SUMMARY: NUMBER OF | LAST 6 MONTHS | PRIOR 6 MONTHS | 11/04/97-08/02/01 |
|---|---|---|---|
| DISCIPLINARY REPORTS WITH GUILTY OUTCOMES: TOTAL MAJOR TICKETS | 0 | 1 | 4 |
| TOTAL MINOR TICKETS | 0 | 0 | 6 |
| DISC. SEG PLACEMENTS/TOTAL DAYS SENTENCED: | 0/0 | 0/0 | 3/25 |
| GRADE REDUCTIONS/TOTAL LENGTH: "B" | 0/0 | 1/30 | 1/30 |
| "C" | 0/0 | 0/0 | 3/105 |
| DAY-FOR-DAY GOODTIME: REVOKED | 0 | 0 | 0 |
| RESTORED | 0 | 0 | 0 |
| MERITORIOUS GOODTIME AWARDED: | 0 | 0 | 0 |

****************************************************************************

```
DERCR106            ILLIN:   DEPARTMENT OF CORRECTION           PAGE:      2
                         OFFENDER TRACKING SYSTEM:  CH    RUN DATE: 08/02/01
AS OF DATE:  08/02/01    INMATE DATA SUMMARY              RUN TIME: 14.47.35
NAME: HALE, GREGORY            CURRENT LOCATION:  TAYLORVILLE
IDOC #: K60259                 CURRENT SECURITY:  MINIMUM          SEX: MALE

****************************************************************************

                                                        HOUSE GAL CELL
IDOC #:  K60259    NAME:  HALE, GREGORY          LIVING UNIT:  1A   05   02
```

| INST | ASSIGNMENT/JOB DESCRIPTION | P | STARTING DATE | ENDING DATE | TERMINATION REASON | DATE |
|------|---------------------------|---|---------------|-------------|--------------------|------|
| TAY | MEDICAL UNASSIGNED, PARTICIPANT | Y | 02/05/01 | 09/08/01 | CMPL | 09/08/01 |
| TAY | UNASSIGNED, TAYLORVILLE | Y | 09/09/01 | | ACTIVE | |
| TAY | LOSS PRIV, COMMISSARY | N | 07/02/01 | 07/08/01 | CMPL | 07/08/01 |
| TAY | EDUCATION, PARTICIPANT | N | 02/26/01 | | CMPL | 04/03/01 |
| TAY | LOSS PRIV, YARD | N | 03/05/01 | 03/11/01 | CMPL | 03/11/01 |
| TAY | MEDICAL UNASSIGNED, PARTICIPANT | N | 01/29/01 | 05/29/01 | CHNG | 02/05/01 |
| TAY | ORIENTATION, PARTICIPANT | Y | 01/24/01 | | CMPL | 02/04/01 |
| LOG | SANITATION CREW, MAINTENANCE MAN | Y | 12/08/00 | | TRAN | 01/24/01 |
| LOG | BIBLE CLASS, PARTICIPANT | N | 10/20/00 | | TRAN | 01/24/01 |
| LOG | MAJORS OFFICE, MAINTENANCE MAN | Y | 12/08/00 | | CHNG | 12/08/00 |
| LOG | H.U. 9, JANITOR | Y | 10/29/00 | | CHNG | 12/07/00 |
| LOG | H.U. 6, JANITOR | Y | 10/05/00 | | CHNG | 10/28/00 |
| LOG | ORIENTATION, PARTICIPANT | Y | 09/20/00 | | CHNG | 10/04/00 |
| LIN | H U 1A, JANITOR | Y | 06/28/00 | | TRAN | 09/20/00 |
| LIN | LOSS PRIV, YARD | N | 08/17/00 | 08/23/00 | CMPL | 08/23/00 |
| LIN | H U 1A, JANITOR | Y | 05/27/00 | | CHNG | 06/27/00 |
| LIN | LOSS PRIV, COMMISSARY | N | 05/24/00 | 06/07/00 | CMPL | 06/07/00 |
| LIN | H U 1A, JANITOR | Y | 05/19/00 | | CHNG | 05/26/00 |
| LIN | VOC-COOP WORK TRNG, STUDENT | N | 12/19/99 | | CHNG | 05/20/00 |
| LIN | H U 1A, JANITOR | Y | 05/13/00 | | CHNG | 05/18/00 |
| LIN | H U 1B, JANITOR | Y | 07/18/99 | | CHNG | 05/12/00 |
| LIN | LOSS PRIV, CATALOG RESTRIC | N | 01/21/00 | 02/21/00 | CMPL | 02/21/00 |
| LIN | H U 2A, JANITOR | Y | 07/14/99 | | CHNG | 01/14/00 |
| LIN | H U 2A, JANITOR | Y | 07/14/99 | | CHNG | 12/18/99 |
| LIN | VOC-COOP WORK TRNG, STUDENT | N | 11/15/99 | | CHNG | 12/13/99 |
| LIN | LOSS PRIV, VISITING | N | 10/21/99 | 10/25/99 | CMPL | 10/25/99 |
| LIN | TEMP CONFINEMENT, LOCKUP | Y | 07/07/99 | | CHNG | 07/13/99 |
| LIN | LAUNDRY, LABORER | Y | 06/25/99 | | CHNG | 07/06/99 |
| LIN | H U 5B, JANITOR | Y | 06/04/99 | | CHNG | 06/24/99 |
| LIN | H U 5B, JANITOR | Y | 06/02/99 | | CHNG | 06/03/99 |
| LIN | H U 4B, JANITOR | Y | 04/01/99 | | CHNG | 06/01/99 |
| LIN | HOUSING WAIT LIST, PARTICIPANT | N | 12/16/98 | | CMPL | 05/10/99 |
| LIN | VISITING ROOM, JANITOR | Y | 03/31/99 | | CHNG | 03/31/99 |
| LIN | H U 4B, JANITOR | Y | 12/18/98 | | CHNG | 03/30/99 |
| BMR | H.U. 3, JANITOR | Y | 10/01/98 | | TRAN | 12/16/98 |
| BMR | METHODIST, PARTICIPANT | N | 06/05/98 | | TRAN | 12/16/98 |
| BMR | BAPTIST, PARTICIPANT | N | 06/05/98 | | TRAN | 12/16/98 |
| BMR | BIBLE CLASS, PARTICIPANT | N | 06/04/98 | | NCMP | 11/18/98 |
| BMR | BIBLE CLASS, PARTICIPANT | N | 08/07/98 | | NCMP | 11/18/98 |
| BMR | BIBLE CLASS, PARTICIPANT | N | 06/05/98 | | NCMP | 11/18/98 |
| BMR | LOSS PRIV, COMMISSARY | N | 10/03/98 | 10/18/98 | CMPL | 10/18/98 |
| BMR | EDUCATION, ASSISTANT | Y | 09/21/98 | | CHNG | 09/30/98 |
| BMR | H.U. 3, JANITOR | Y | 09/03/98 | | CHNG | 09/20/98 |
| BMR | ABE-MAND, STUDENT | Y | 07/08/98 | | CHNG | 09/02/98 |
| BMR | PAY RESTRICTED, PARTICIPANT | N | 02/27/98 | | CMPL | 08/29/98 |
| BMR | TEMP CONFINEMENT, LOCKUP | Y | 07/01/98 | | CHNG | 07/08/98 |

```
OERCR106              ILLIN  S DEPARTMENT OF CORRECTIO         PAGE:       3
                        OFFENDER TRACKING SYSTEM:  CR      RUN DATE: 08/02/01
AS OF DATE:  08/02/01       INMATE DATA SUMMARY          RUN TIME: 14.47.35
NAME: HALE, GREGORY         CURRENT LOCATION:  TAYLORVILLE
IDOC #: K60259              CURRENT SECURITY:  MINIMUM         SEX: MALE
```

********************************************************************************

```
                                                        HOUSE GAL CELL
IDOC #:  K60259   NAME:  HALE, GREGORY         LIVING UNIT:  1A   05  02
```

| INST | ASSIGNMENT/JOB DESCRIPTION | P | STARTING DATE | ENDING DATE | TERMINATION REASON | DATE |
|------|---------------------------|---|---------------|-------------|--------------------|------|
| BMR | DISCIPLINARY SEG., LOCKUP | Y | 07/01/98 | 07/08/98 | CMPL | 07/08/98 |
| BMR | ABE-MAND, STUDENT | Y | 05/19/98 | | CHNG | 06/30/98 |
| BMR | LOSS PRIV, COMMISSARY | N | 05/17/98 | 05/30/98 | CMPL | 05/30/98 |
| BMR | DISCIPLINARY SEG., LOCKUP | Y | 05/10/98 | 05/19/98 | CMPL | 05/19/98 |
| BMR | BIBLE CLASS, PARTICIPANT | N | 03/04/98 | | NCMP | 05/12/98 |
| BMR | TEMP CONFINEMENT, LOCKUP | Y | 05/10/98 | | SEG | 05/10/98 |
| BMR | BAPTIST, PARTICIPANT | N | 03/03/98 | | SEG | 05/10/98 |
| BMR | ABE-MAND, STUDENT | Y | 04/27/98 | | CHNG | 05/09/98 |
| BMR | H.U. 1, JANITOR | Y | 03/08/98 | | CHNG | 04/26/98 |
| BMR | ORIENTATION, PARTICIPANT | Y | 02/25/98 | | CHNG | 03/07/98 |
| GRA | PAY RESTRICTED, PARTICIPANT | N | 11/10/97 | | TRAN | 02/25/98 |
| GRA | BIBLE CLASS, PARTICIPANT | N | 11/20/97 | | TRAN | 02/25/98 |
| GRA | ALCOHOLICS ANONM., PARTICIPANT | N | 12/21/97 | | TRAN | 02/25/98 |
| GRA | ALCOHOLICS ANONM., PARTICIPANT | N | 12/21/97 | | TRAN | 02/25/98 |
| GRA | ALCOHOLICS ANONM., PARTICIPANT | N | 12/21/97 | | TRAN | 02/25/98 |
| GRA | ABE-MAND, STUDENT | Y | 01/04/98 | | TRAN | 02/25/98 |
| GRA | GROUP COUNSELING, GROUP 3 | N | 01/05/98 | | CHNG | 01/13/98 |
| GRA | GROUP COUNSELING, GROUP 1 | N | 01/05/98 | | CHNG | 01/13/98 |
| GRA | GROUP COUNSELING, GROUP 3 | N | 01/05/98 | | CHNG | 01/13/98 |
| GRA | GROUP COUNSELING, GROUP 3 | N | 01/05/98 | | CHNG | 01/13/98 |
| GRA | GROUP COUNSELING, GROUP 2 | N | 01/05/98 | | CHNG | 01/13/98 |
| GRA | GROUP COUNSELING, GROUP 2 | N | 01/05/98 | | CHNG | 01/13/98 |
| GRA | H.U. 17, JANITOR | Y | 12/27/97 | | CHNG | 01/03/98 |
| GRA | ORIENTATION, PARTICIPANT | Y | 11/06/97 | | CHNG | 12/26/97 |
| JOL | UNASSIGNED(NO PAY), PARTICIPANT | N | 11/04/97 | | TRAN | 11/06/97 |
| JRC | DIAGNOSTIC, PARTICIPANT | Y | 11/04/97 | | TRAN | 11/06/97 |

```
OERCR106              ILLIN  S DEPARTMENT OF CORRECTION         PAGE:        4
                       OFFENDER TRACKING SYSTEM:  CR    RUN DATE: 08/02/01
AS OF DATE:  08/02/01       INMATE DATA SUMMARY          RUN TIME: 14.47.35
NAME: HALE, GREGORY            CURRENT LOCATION:  TAYLORVILLE
IDOC #: K60259                 CURRENT SECURITY:  MINIMUM          SEX: MALE


*************************************************************************************
             INMATE DENIED CONTACTS--KEEP SEPARATE FROM
                    ** DECLARED BY INMATE **

SOURCE   CURRENT   PARENT   INMATE   INMATE                        CNSLR   EFFECTIVE
 INST     INST      INST      ID     NAME                    RSN    ID       DATE
------   -------   ------   ------   ----------------------  ----  ------  ----------
                           NO DECLARED CONTACTS



             INMATE DENIED CONTACTS--KEEP SEPARATE FROM
                    ** INMATE IS DECLARED **

SOURCE   CURRENT   PARENT   INMATE   INMATE                        CNSLR   EFFECTIVE
 INST     INST      INST      ID     NAME                    RSN    ID       DATE
------   -------   ------   ------   ----------------------  ----  ------  ----------
                           NOT A DECLARED CONTACT
```

```
)ERCR106              ILLIN  3 DEPARTMENT OF CORRECTION            PAGE:      5
                        OFFENDER TRACKING SYSTEM:  CR      RUN DATE: 08/02/01
\S OF DATE:  08/02/01        INMATE DATA SUMMARY          RUN TIME: 14.47.35
JAME: HALE, GREGORY               CURRENT LOCATION:  TAYLORVILLE
[DOC #: K60259                    CURRENT SECURITY:  MINIMUM         SEX: MALE
```

**************************************************************************

L.  NICKNAMES/AKA'S:              INDICATE     EFFECTIVE
                                  NICKNAME       DATE

     G,                              N         12/16/98
     HALE, GREGORY N.                A         01/26/01

**************************************************************************

2.  STG AFFILIATIONS :

                          NO STG AFFILIATIONS REPORTED

**************************************************************************

ANY ATTEMPTED ESCAPE:

    NONE


ANY PROTECTIVE CUSTODY OR SPECIAL NEEDS:

    VICTIM NOTIFICATION
    EXHIBITED STALKING BEHAVIOR (STAFF) WHILE AT TAYLORVILLE


ANY ASSAULTS OR DANGEROUS DISTURBANCES:

    NONE

IR|4



**Illinois**
Department of
**Corrections**

George H. Ryan
Governor

Donald N. Snyder Jr.
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

December 11, 2001

Mr. Gregory Hale
Register No K60259
Illinois River Correctional Center

*Received*
*IRCC*
*Records Office*

Dear Mr. Hale:

This will acknowledge receipt of your grievance to the Administrative Review Board received November 1, 2001, regarding the following issues: staff conduct (retaliation transfer), at Taylorville Correctional Center and classification (increase in security classification), sentence credit (jail credit/calculation) at the Illinois River Correctional Center.

Your written grievance dated September 21, 2001, regarding the above referenced issues was reviewed. You request appropriate administrative action be initiated.

The counselor's response dated October 2, 2001, was reviewed. The Grievance Officer's report dated October 8, 2001, regarding these issues was reviewed. It was the recommendation of the Grievance Officer your grievance be denied and the Warden concurred on October 10, 2001.

Department records indicate your transfer from Taylorville to Illinois River was administrative, therefore, will not be addressed further.

Your security classification was designated as medium on August 3, 2001, citing additional information needed. This office notes you are serving 10 years for Aggravated Criminal Sexual Assault, 6 years (consecutive) for Aggravated Criminal Sexual Abuse and 3 years (concurrent) for Unlawful Restraint.

Your sentence calculation (arrest date) has been amended by the Illinois River Record Office upon receipt of the corrected mittimus from the sentencing court.

Recommendation: With regard to the staff conduct issue and sentence credit, based upon a total review of all available information, this office considers these issues moot.

With regard to the classification, based upon a total review of all available information this Chairperson recommends the grievance be denied as the inmate's classification has been reviewed in accordance with established Department policy and procedure.

For the Board:

Nancy S. Tucker, Chairperson
Administrative Review Board
Office of Inmate Issues

Concurred.

Donald N. Snyder, Jr., Director

Cc:    Warden John Battles, Illinois River CC
       Gregory Hale, Register No. K60259
       Chron. File

**EXHIBIT**

I