IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

Gregory Hale )
    Plaintiff, )
)
Vs. )
)
John Battles, et, al )
    Defendant's )

FILED
JUL 15 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case No. 03-3177

MOTION REQUESTING EXTENSION OF TIME TO RESPOND
TO DEFENDANTS MOTION FOR SUMMARY JUDGEMENT

    Now comes Gregory Hale Plaintiff, respectfully request, pursuant to Fed R. Civ. P. 6(b), an ORDER extending the time to respond to Defendants Motion For Summary JUdgement, to August 5, 2005. In support of his Motion Plaintiff states as follows:

    1.  Plaintiff received service of Dfendants Motion To Dismiss/Partially date July 1, 2005, on July 6th 2005 it was received.

    2.  Plaintiff who is representing hisself, only has access to the legal library on Saturdays, do to his conditions of MSR, which prevents him from complelting the necessary research required to properly respond to Defendants Motion.

    3.  Plaintiff has requested no previous extensions of time in this matter and to date, all of his filing with this court have been made in a timly manner. This request is not being made to delay justice in which the Plaintiff is wsll over do to receive.

                                      Respectfully submitted,

                                      Gregory Hale Pro Se
                                      July 11th, 2005

## NOTICING OF FILING

TO: JOHN WATERS/DEPUTY CLERK　　　　　TO: ERIC RIECKENBERG/Ast Attorney General
　　600 E. Monroe St　　　　　　　　　　　　500 S. Second St. Springfield, IL
　　151 U.S. CTHSE　　　　　　　　　　　　　62706
　　Springfield, IL
　　62701

Please take notice that I, depose and state under oath that I served 1 copy of REQUEST FOR EXTENSION OF TIME on the above name person(s). By depositing them in the U.S. Mail Box in the city of Chicago, with proper U.S. Postage on each on this 11th day of JULY 2005.

/s/ *[signature]*
GREGORY HALE/Plaintiff
9357 S. Merrill
CHGO. IL 60617