IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY HALE<br>    Plaintiff, | )<br>)<br>) |
| Vs. | )   Case No. 03-3177<br>) |
| JOHN BATTLES, et,al.<br>    Defendants | )<br>) |

MOTION IN RESPONSE TO DEFENDANT'S
MOTION FOR SUMMARY JUDGEMENT

Plaintiff response to Defefendants alleged undisputed facts:

1) Alleged fact number 1; Plaintiff objects and denies this allegation in total. Not just (1) false disciplinary report was written by Defendant Kirk Hagar but multiple IDRS, all during Mr. Hale stay at T.C.C.(see exhibits attached hereto).

2) Not only the assigning of plaintiff to smoking unit but also he was housed excessively in H.U. 5A deliberately. Only after he complain to various staff & departments and filed grivience(such as Sgts, Lts Health Care Unit/Wardens see attached exhibits in support)

3) Also the daily and continous retalitory actions written and imposed by Defendant Hagar.

4) A retailtory transfer from T.C.C. to I.R.C.C. without an disciplinary Reprot written, without a disciplinary hearing, without giving accused a oppportunity to defend himself and present witnessses and evidence in his defense, for alleged acts of stalking behavior is in fact of Mr. Hale's ILCS and U.S.C. Rights (see exhibits attached hereto).

5) My security level being higher, also for no other cause but retailation can be inferred do to no IDR was ever writtenetc... It is clear that 3-6 all white women employed at T.C.C. at the time of deprivation(J McHan, B. Murry, A. Vanhoosier) conspired to retaliate against me to insure that there motive would succeed in the transferring of me to a higer and less desireable, more restricted prison. That would hinder, complicate both Plaintiff right of access to the courts as well as his previous and present health complications, both physical and mentally.(Specificlly see exhibit's A1, A7, & Exhibit 85). Plaintiff disagrees with #5 at the beginiing plaintifff did in fact use grivience box but Defendant Counselor Murry would alllege on to many occassions that she never received them when only staff has keys to grivivence box.. Furthermore, prior to the taking of many of my griviences she would always complain that I wrote to many griviences and made degradeing commments.(see attached exhibits)

6) My exposure to second hand smoke violated my Eighth Amendment Rights (see Helling Vs.) Discrimination was exercise not just because of my race but for the exercising of my protected rights.

(2)

6) Plaintiff disagrees partially with number(6), I infact was transferred on August 8, 2001 from T.C.C. to I.R.C.C.. However the transfer was retalitaory, and unconstitutionally imposed, on me for once again exercising my protected rights. Where all of the defendant's, conspired and participated willingly to ensure the harrassing, discriminating, writing of false disciplinary ticket, higherhis security put him in segregation, slander his name and reputation, degraded him each and every chance that they could deceptively. Furthermore if I or any one is to receive a transfer to a higher secuity prison based on him being discipline/behavior #1 an IDR must be written, #2 Plaintiff should/must be afforded an disciplinary hearing, and given a chance to prepare a defense, call witnesess, present evidence in his defense etc...(none in which he received) #3 PLaintiff must be givne an opportunity to Appeal Adjustment Committee findings if he disagrees with there Final Lie/Decision. **Note none of the above was afforded to Mr. Hale, an violation of the U.S.C.A. & C.R.I.P.S. which regulations governs over penal institutions.** The motive for the transfer is clear and any trier of fact would concurr that in the case at bar the transfer was clear retaliatory.

7) Plaintiff disagrees with #7, on August 3, 2001 he was not designated as medium secuirty, do to on August 1 day prior to plaintiff transer to I.R.C.C. he received a law library call-pass where his secuirty level indicate Low, plaintiff agrees with remaider of stated facts.

Wherefore plaintiff, pro se Gregory Hale, respectfully prays that its motion in response to Defendant's Motion for Summary Judgement be granted. And that the Court enters an ORDER permantly enjoing defendant's their agents, assistants successors, employeee and all persons acting in concern or in coroperation with thier directions and that the Court retains jurisdiction for the purpose of determining damages requested in complaint, to award cost and reasonable fees for the cost of bringing this action pursuant 42 U.S.C. 1983.

Respectfully submitted,

/s/ [signature]
GREGORY HALE/Plaintiff

Date:  July 29TH, 2005

(3)

AFFIDAVIT

STATE OF ILLINOIS)
) SS:
COUNTY OF COOK )

I, Gregory Hale am the affiant and depose and states under oath that:

In response to Defendant Kirk Hagar affidavit it is majority lies stated. In which he attempting to cover up his misconduct, harrasmentwriting of false IDRs on me. In which et,al defendants were in co-hoots with his unjust conduct. All defendants conspired to carry out conspiracy acts against me for the sole purpose of me exercising my protected rights, in hoping an adverse afffect, hoping to cause me to deter from exercising these rights alone with the assisting of many] other inmates in challenging their conditions of confinement as well as there Post Trial remedies, and Civil Suits included etc...

Also I nevr admitted to no extend to the adjustment comittee of partail admittance, the adjustemnt committeee falsely indicated this on fianl summary report, once again sticking together for staff in I.D.O.C.'s facilities is a common practice and they are know for falsifiying reports/IDRS Final Summmaries Reports and other legal document as in the instant case. All of the defendant's methods and wrongful acts of retaliation against has cause me both physical and mental anquish that still affects me currently today.

I always addressed my injustices by use of the griviance procedure and subsequently following up seeking relief from the Courts(in support of this visit exhibits attached hereto)

/s/ [signature]
GREGORY HALE/AFFIANF

Notary Public

Subscribed and sworn before me on this 28th day of July, 2005

CHICAGO, ILLINOIS, COOK COUNTY
SIGNED BEFORE ME THIS 28th DAY
OF July 20 05

Notary Public

[signature]
NOTARY PUBLIC

"OFFICIAL SEAL"
ROSITA CORVERA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/17/07

(1)

NOTICING OF FILING

TO: JOHN WATERS/DEPUTY CLERK
600 E. Monroe St
151 U.S. CTHSE
Springfield, IL
62701

TO: ERIC RIECKENBERG/Ast Attorney General
500 S. Second St. Springfield, IL
62706

Please take notice I depose, under oath that I served 1 copy of Reponse To DEF'S Motion For Summary Judgement to above named person's and Exhibits, by depositing them in the U.S. Mailbox in the city of Chicago with proper U.S. Postage on this 29th day of July 2005

/s/ [signature]
GREGORY HALE/Plaintiff
9337 S. Merrill
CHGO. IL 60617