ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER WRITE-OUT
Stateville Correctional Center

FILED
NOV 21 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*To the reader:* This letter has been inspected for security purposes. This inspection is not verification of the offender's statements contained herein.

When sending funds to an offender by mail, you may only send money orders and/or cashier's checks; each must be in the denomination of $50 or less. You may also send funds via Western Union (there is no limit to the $ amount that you may send in this manner).

You may send or bring approved publications to the facility. Such items will be reviewed by the Publications Review Committee prior to being forwarded to the offender.

The mailing address for offenders at the main facility is: P.O. Box 112, Joliet, IL 60434. The address for those at the facility's Minimum Security Unit is: 20415 Division Street, Crest Hill, IL 60435.

*Please include the offender's name and complete number on all correspondence, funds and publications that are mailed to the facility.*

To: JOHN C. WATERS / DEPUTY CLERK
CLERK OF U.S. CENTRAL DIST
Street: COURT HOUSE
City: 600 E Monroe St. 151 U.S. CTHSE
State: SPRINGFIELD IL
Zip Code: 62701

From: GREGORY HALE
Number: K60259

GREGORY HALE,
    Plantiff,
vs.                           Case No. 03-3177
JOHN BATTLES, et, al,

Dear, Clerk of Court; Please be advised this is my official change of address, until further notice. I am currently being held in the custody of the Defendants at S.C.C. I've no access to the Courts, and the prison is on 24-7 lock down. I'm requesting that all proceedings in this case be postpone until January 1, 2006, when my Parole will be terminated, at the latest. Thank You, in advance.

Respectfully submitted,
/s/ [signature]
GREGORY HALE Pro Se.

NOTE Present Address;
STATESVILLE C.C.
P.O. Box 112 60434-0112
Joliet, IL

DATE: November 13, 2005

C.C. filed

STA 0050 (Rev. 12/03)