IN THE UNITED STATES
CENTRAL DISTRICT COURT
STATE OF ILLINOIS

Gregory Hale, )
    Plaintiff, )
     )
Vs. )
     ) Case No. 03-3177
John C. Battles, et,al, )
     )

FILED
DEC 1 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

OFFICIAL NOTIFICATION
OF CHANGE OF ADDRESS

    Now comes, Gregory Hale, pro se, Plaintiff, do depose and state that his current address is listed below. And that he is no longer incarcerated under the Defendant;s custody, and that he has successfully completed his MSR term

RE: Plaintiff current address is
    P.O. Box 19003, Chicago, IL
    60619

                      Respectfully submitted,

            /s/ _____
                      Gregory Hale

DATE: December 13, 2005

PROOF OF SERVICE/NOTICE OF FILING

I, Gregory Hale plaintiff do depose and state that I served a offcual copy of my change of address Motion on the persons named below. And that I deposit each with proper postage on each in a United States Mail Box in the city of Chicago, , Ill on December 13, 2005.

TO:   JOHN WATERS/Deputy Clerk
      151 U.S. CTHSE/600 E. Monroe St.
      Springfield, ILlinois
      62701

TO:   Attorney General
      500 S. Second St.
      Springfield, Illinois
      62701

/s/ _____
    GREGORY HALE/ Pro Se

Date; December 13, 2005