# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**GREGORY HALE**

    vs.           Case Number: **03-3177**

**JOHN BATTLES, et al.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, pursuant to an Order entered by the Honorable Harold A. Baker, the defendants' motion for summary judgment is granted (d/e 57).  The clerk is directed to enter judgment in favor of all the defendants.  All pending motions are denied as moot and this case is closed, parties to bear their own costs.  Final pretrial and trial dates are vacated.----------------------------------------------------------------------

ENTER this 17th day of February, 2006

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ C. Cathcart
_____
BY:  DEPUTY CLERK