E-FILED
Friday, 17 March, 2006  03:54:11 PM
Clerk, U.S. District Court, ILCD

IN THE

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Gregory Hale </br>    Plaintiff, | ) </br> ) |
| Vs. | ) Case No. 03-3177 </br> ) |
| JOHN C. BATTLES, et, al.. </br>    Defendants, | ) </br> ) |

NOTICE OF APPEAL

Notice is hereby given that Gregory Hale, Plaintiff Pro Se, in the above named case APPEALS from the Order/judgement entered on February 17th 2006.

This appeal follows an ORDER pursuant to an ORDER entered by the Honorable Harold A. Baker/Magestrate that favor the defendants motion for summary judgement, where pre-trial and trial date were both vacated less than two weeks prior to his Order of proceedings.

Plaintiff is also requesting that complete record(s) of this cause be forwarded to the Seventh Circuit Court of appeals, located at 219 S. Dearborn Chicago, IL 60604.

Dated:   March 13, 2006

/s/  Gregory Hale/Pro Se
P.O. Box 19003
Chicago, IL 60619

NOTICE OF FILING/PROOF OF SERVICE

I, Gregory Hale Plaintiff do depose and states under oath that I serve a copy of attached Notice Of Appeal to the two named persons listed below. By depositing each in envelopes with proper U.S. Postage on each in the Mail both in the city of Chicaho, IL on this 13th day of March 2006.


TO" JOHN WATERS/ Deputy Clerk
    Central District CTHSE
    151 U.S. CTHSE/600 E. Monroe St.
    Springfield, Illinois
    62701


TO: Clerk Of Court For The Seventh Circuit
    Court Of Appeals 219 S. Dearborn St.
    Chicago, Illinois 60604


/s/  *[signature]*
Gregory Hale
P.O. Box 19003
Chicago, Illinois
60619