E-FILED
Monday, 27 March, 2006  12:50:47 PM
Clerk, U.S. District Court, ILCD

## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

*District:*                                              *Docket No.:*

*Division:*

**Plaintiff (Petitioner)    Short Caption    Defendant (Respondent)**

*v.*

---

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

*Name:*                                                  *Name:*

*Firm:*                                                  *Firm:*

*Address:*                                               *Address:*

*Phone:*                                                 *Phone:*

---

*Judge:*                                                 *Nature of Suit Code:*

*Court Reporter:*                                        *Date Filed in District Court:*

                                                         *Date of Judgment:*

                                                         *Date of Notice of Appeal:*

*Counsel:*   ___Appointed      ___Retained      ___Pro Se

*Fee Status:*    ___Paid      ___Due      ___IFP      ___IFP Pending      ___U.S.      ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:      ___Yes      ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**