UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

| GINO J. AGNELLO<br>CLERK | 219 SOUTH DEARBORN STREET<br>CHICAGO, ILLINOIS 60604 | TELEPHONE<br>(312) 435-5850 |
|---|---|---|

FILED
MAR 29 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:  District Court Clerk's Office

RE:  Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:   06-1845                Docketed on: 3/27/06
Short Caption:         Hale, Gregory v. Battles, John
District Court Judge:  Harold A. Baker
District Court No.:    03 C 3177

If you have any questions regarding this appeal, please call this office.

(1003-012490)