E-FILED
Tuesday, 11 April 2006 08:41:16 AM
Clerk, U.S. District Court, ILCD

FILED
APR 07 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES
CENTRAL DISTRICT COURT, ILLINOIS

GREGORY HALE )
   Plaintiff-Appellant )
  ) Appeal No. 06-1845
  )
Vs. ) No. 03-C-3177
  )
  )
JOHN C. BATTLES WARDEN et,al. )
   Defendants-Appellees )
  )

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff Gregory Hale pursuant to the F.R.C.P. request this court to appoint counsel to represent him in this appeal from lower court ruling for the following reaason;

1. Plaintiff is unable to afford counsel see attached motion to proceed informa pauris and affidavit in support filed with this court.

2. The issues involved in this case is complex.

3. The reviewing of the issues involved in/and discovery documents will require an attorney to present and argue issues that clearly proves by a proponderous of evidence that Plaintiff Greg Hale is entitle to the relief requested at the time of filing this cause.

4. Plaintiff has very limited knowledge of ther law and cannot be equally yoked with the skills/knodge of an proffesional attorney. By an appointed cousel by this court will ensure Mr. Hale justice in this case.

5. The ends of justice would be best served in this case if an attorney was appointed to represent pro se plaintiff.

*[signature]*
GREGORY HALE  PRO SE
P.O. Box 19003, CHGO, IL 60619