NOTICE OF FILING/PROOF OF SERVICE

I, Gregory Hale plaintiff do depose and states under oath, under the penalty of perjury that I, filed Motion To Proceed informa pauris, motion for appointment of counsel, and declaration in support of these motions with the persons named below., with proper U.S? postage placed on each and deposit them in the U.S. mail box in the city of Chicago, Illinois on this 4th day of April 2006.

TO:  THE CLERK OF CENTRAL DISTRICT COURT OF ILLINOIS
     600 E. Monroe St
     Springfield, Illinois
     62701

**FILED**
APR 07 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:  Attorney General
     500 S. Second St.
     Springfield, Illinois
     62701

_____
GREGORY HALE PRO SE ATTORNEY
P.O. Box 19003
Chicago , Illinois
60619