UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

E-FILED
Friday, 21 April, 2006   04:48:02 PM
Clerk, U.S. District Court, ILCD

CIRCUIT RULE 3(c) DOCKETING STATEMENT

Gregory Hale )
    Appellant, )
 ) APPEAL No. 06-1845
v. )
 ) No. 03 C 3177
John C, Battles Mel Droz )
Judie Eggleholf )
    Appelles, )
 )

DOCKETING STATEMENT

- A. STATEMENT OF PROCCEDINGS:

Plaintiff filed this case on 9-12-03, In the Central District CTHSE Illinois. This action arises under the First, Eighth & Fourteenth Amendment of the United States Constitution under title 42 U.S.C. sec 1343. Jurisdiction is federal question title 28 U.S.C. sec 1983.
Next the def3ndants filed there reply in their motion to dismiss. This motion was denied in part and granted in part. The plaintiff Mr. Hale had four(4) remaining claims that survived this motion.
The discovery phase followed next being ordered completed on or about 3-15-05.
Plaintiff filed his mption for summary judgement and the defendants filed th re's. Plaintiff motion was granted and and the Honorable Harold Baker actually setted a date for pretrial conferce to be held in Springfield on 3-17-06. Two weeks prior on or about 2-22-06, an Order was made by Honorable Baker granting summary judgement to all of the defendants. Plaintiff filrd his notice of appeal.

- B. STATEMENT OF FACTS:

    All during Mr. Hale incaration of the time at bar he filed many, many griviences, assisanted many inmates in challegeing their conditions of confinement, Post Trial Remedies, Civil Suits etc... were he obtain the reputation of being a Christian Jail House Lawyer. ON Were

(1)

he immediately became a target of the defendants et,al, to be harrassed retailated, discrimnated against for no other reason but for the exercising of his protected rights.

I, Mr. Hale was retaialted on a daily basic and in many ways by the defendants and by some persons not mentioned in this claim.(the record and the discovery in this case clearly proves this).

   a, I was written various/many false IDRS, that were falsely imposed. In some instancesno adjustment commitee hearing was affordedd to mein violation of C.R.I.P. and inviolation of the IL Dept of Corr. Regulations. These false IDR s cost Mr. Hale demotion in grade, loss of priviledges such as law library, commissary and subsequently an ungraded retaitory transfer etc...

I also suffered retaiation in the form were I was placed intentionally in housing/dormitories were I was exposed to large amounts of second ha smoke. Where my medical file and my many griviences reflect that I was a nonsmoker for atleast three(3) years prior to these retaitory acts. The defendants/appellees acted all in co-hoots with each other with the expectation of causing grwat bodily harm to Appella nt.b. Next I intentionally received an retaitory transfer that was deceptively imposed on Appellant, note no idr was ever written wer the defeandent alleged "stalking behavior" on three of the defendants (see email in discovery were they verbally preplan to follow thew with

this retaitory act.defendant Anneta Vanhoosier=librarian,Barber Murry cousel who I turn my many griviences in to. Jean Mchan pshycologist who I one seen and talk to 1 time during my entire stay at Taylorville C.C. all three females. Note no IDR was serve for this allege violation,no diciplinary hearing was afforded nor was a written notice of alleged violation, all inviolation of the

(2)

the Illinois Dept. Of Correction Rules and Regulations and inviolation of C.R.I.P. I also received an upgrade in my security level, transfer to a hihger security prison and more restricted and less dessirable, worsy food, fewer hours to visit law library, restricted moveemnt which interfered with both my health and litigation activities.

That the defendants knew the end result prior to carrying out there deception actions/unlawful

Inconclusion et, al acted in co-hoots with each other and are all guilty of organized crime, in violation of Mr. Hale's constitutional rights and of not following their own laws. In which the recods and files of this case prove by a proponderous of evidence This case must be reversed and remanded back to the District Court for trial, in order to avoid a miscarriage of justice. Plantiff prays that this Honorable Court grants his motion for appointment of counsel.

Respectfully submitted,

/s/  *[signature]*
GREGORY HALE PRO SE
P.O. Box 19003
Chicago, Illinois 60619

DATE:    April 17th 2006

(3)