NOTICE OF FILING/PROOF OF SERVICE

    I, Gregory Hale do depose and states that I mailed the attached Docketing Statement to the persons named below on this 17th day of April 2006, By placing each in an envelope with proper U.S. POstage on each deposit them in the mail box in the city of chicago, Illinois.

TO:   Clerk Of Court For The Seventh Circuit Of Appeals
      219 S. DeaRBORN ST, Chucago, Illinois 60604

TO:TO: John Waters Deputy Clerk
      600 E. Monroe St, Springfield, Illinois Cenral Dist CTHSE

TO:   Deborah L. Ahlstrand
      500 S. Second St. Springfield Illinois 60627

/s/ *[signature]*
Gregory Hale/Appellant
P.O. Box 19003
Chicago, IL 60619

(0)