# United States Court of Appeals

## For the Seventh Circuit
## Chicago, Illinois 60604

E-FILED
Thursday, 20 July, 2006 04:38:05 PM
Clerk, U.S. District Court, ILCD

Date: July 19, 2006

TO:  District Court Clerk

RE:  Notice to transmit the record


No. 06-1845

GREGORY HALE,
        Plaintiff - Appellant

v.

JOHN C. BATTLES, Warden, MEL DROZ, JUDIE EGGELHOLF, et al.,
        Defendants - Appellees


Appeal from the United States District Court for the
Central District of Illinois
No. 03 C 3177, Harold A. Baker, Judge


    Pursuant to Circuit Rule 11(a), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.


(1211-022296)