

## United States District Court

JOHN M. WATERS
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

TEL: 217.492.4020
FAX: 217.492.4028

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN:  ANDY KOHN

       RE:  Hale v. Battles, et al.
       D. C. Docket No. 03-3177
       U. S. C. A. Docket No. 06-1845

Dear Mr. Agnello:

    I am sending you herewith the original record on appeal. It consists of the following:


       1 Volume of Pleadings

       2  Loose Pleadings


    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

                Very truly yours,

                JOHN M. WATERS, CLERK


          BY:_____s/ C. Cathcart_____
                Deputy Clerk

37, APPEAL, CLOSED, MISDDL, MTNDDL, PRISONER, REFER

# U.S. District Court
## United States District Court for the Central District of Illinois (Springfield)
### CIVIL DOCKET FOR CASE #: 3:03-cv-03177-HAB-CHE
### Internal Use Only

Hale v. Battles, et al
Assigned to: Judge Harold A. Baker
Referred to: Magistrate Judge Charles H. Evans
Demand: $0
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 07/30/2003
Jury Demand: Plaintiff
Nature of Suit: 555 Habeas Corpus (Prison Condition)
Jurisdiction: Federal Question

**Plaintiff**

**Gregory Hale**  represented by  **Gregory Hale**
PO Box 19003
Chicago, IL 60619
PRO SE

V.

**Defendant**

**John Battles**  represented by  **Kristen L Markley**
ILLINOIS ATTORNEY GENERAL
500 S Second St
Springfield, IL 62706
217-782-9014
Fax: 217-524-5091
Email: kmarkley@atg.state.il.us
*TERMINATED: 12/15/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric J Rieckenberg**
ILLINOIS ATTORNEY GENERAL
500 S Second St
Springfield, IL 62706
217-557-0261
Fax: 217-524-5091
Email: erieckenberg@atg.state.il.us
*ATTORNEY TO BE NOTICED*

**Defendant**

**. Bohler**  represented by  **Kristen L Markley**
*Captain*   (See above for address)
*TERMINATED: 12/15/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric J Rieckenberg**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mel Droz**     represented by    **Kristen L Markley**
(See above for address)
*TERMINATED: 12/15/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric J Rieckenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Judie Eggelholf**     represented by    **Kristen L Markley**
(See above for address)
*TERMINATED: 12/15/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric J Rieckenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Roberta Fairburn**     represented by    **Kristen L Markley**
(See above for address)
*TERMINATED: 12/15/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric J Rieckenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**. Fisher**
*Lt*     represented by    **Kristen L Markley**
(See above for address)
*TERMINATED: 12/15/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric J Rieckenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**David . Freeman**     represented by    **Kristen L Markley**
(See above for address)
*TERMINATED: 12/15/2004*
*LEAD ATTORNEY*

                            *ATTORNEY TO BE NOTICED*

                            **Eric J Rieckenberg**
                            (See above for address)
                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Debbie Sue Ham**      represented by  **Kristen L Markley**
                            (See above for address)
                            *TERMINATED: 12/15/2004*
                            *LEAD ATTORNEY*
                            *ATTORNEY TO BE NOTICED*

                            **Eric J Rieckenberg**
                            (See above for address)
                            *ATTORNEY TO BE NOTICED*

**Defendant**

**. Hagar**      represented by  **Kristen L Markley**
*C/O*                              (See above for address)
                            *TERMINATED: 12/15/2004*
                            *LEAD ATTORNEY*
                            *ATTORNEY TO BE NOTICED*

                            **Eric J Rieckenberg**
                            (See above for address)
                            *ATTORNEY TO BE NOTICED*

**Defendant**

**. Keithly**      represented by  **Kristen L Markley**
*Lt*                                (See above for address)
                            *TERMINATED: 12/15/2004*
                            *LEAD ATTORNEY*
                            *ATTORNEY TO BE NOTICED*

                            **Eric J Rieckenberg**
                            (See above for address)
                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Jean McHan**      represented by  **Kristen L Markley**
                            (See above for address)
                            *TERMINATED: 12/15/2004*
                            *LEAD ATTORNEY*
                            *ATTORNEY TO BE NOTICED*

                            **Eric J Rieckenberg**
                            (See above for address)
                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Barber Murray**      represented by  **Kristen L Markley**

(See above for address)
*TERMINATED: 12/15/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric J Rieckenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**George Scillia**                          represented by **Kristen L Markley**
(See above for address)
*TERMINATED: 12/15/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric J Rieckenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Slater**
*TERMINATED: 07/08/2004*

**Defendant**

**. Stambaugh**                             represented by **Kristen L Markley**
*C/O*                                       (See above for address)
*TERMINATED: 12/15/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric J Rieckenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Donald N Snyder**                         represented by **Kristen L Markley**
(See above for address)
*TERMINATED: 12/15/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric J Rieckenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Annette VanHoosier**                      represented by **Kristen L Markley**
(See above for address)
*TERMINATED: 12/15/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Eric J Rieckenberg
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/2003 | 1 | PETITION to PROCEED IFP filed by plaintiff Gregory Hale; given to the judge for review (complaint received). Case referred to Mag. Judge Charles H. Evans (CC, ilcd) (Entered: 07/31/2003) |
| 07/30/2003 | 2 | MOTION by plaintiff for appointment of counsel (CC, ilcd) (Entered: 07/31/2003) |
| 07/31/2003 | | Remark: Case assigned to Judge Scott. Judge Scott refers this case to Judge Baker for all pretrial proceedings. (CC, ilcd) (Entered: 07/31/2003) |
| 09/11/2003 | | MINUTE-ENTRY: by Judge Harold A. Baker. Before the Court is the pro se plaintiff's application to proceed in forma pauperis [1-1]. The plaintiff's complaint concerns prison conditions, but he filed his complaint after his release from prison. Therefore, the payment provisions that apply to prisoners in 28 U.S.C. Section 1915 do not apply here. For good cause shown, motion allowed. The clerk of court is directed to prepare summons and Marshal's forms USM 285 for service of the Complaint on the defendants by the U.S. Marshal's Office. All costs of service shall be advanced by the United States. The plaintiff is reminded he must serve upon the defendants, or, if appearance has been entered by counsel, upon counsel, a copy of every document submitted to the court. The plaintiff must include with any document filed a certificate stating the date a true and correct copy of the document was mailed to the defendants or their counsel. Any paper not filed with a certificate of service will be disregarded. The defendants are directed to answer or otherwise respond to the plaintiff's complaint within 60 days after service. This case is set for further scheduling procedures under Fed.R.Civ.P. on December 11, 2003 at 1:30 p.m. by telephone conference. Within 14 days after the entry of this order, the plaintiff must notify the clerk of court of the phone number where he can be reached for the telephone conference. The clerk is further ordered to notify the parties of their option to consent to disposition before a United States Magistrate Judge. (cc: all counsel) (CC, ilcd) (Entered: 09/12/2003) |
| 09/12/2003 | 3 | COMPLAINT filed (summons(es) issued and sent to US Marshal for service). Case referred to Mag. Judge Charles H. Evans (CC, ilcd) (Entered: 09/12/2003) |
| 09/25/2003 | 4 | NOTICE by plaintiff Gregory Hale. Plaintiff provided telephone contact number in compliance with requirements of Scheduling Order of September 12, 2003. The plaintiff indicated that the court should contact him at (773) 768-0033 for the telephone conference scheduled for December 11, 2003. (MAS, ilcd) (Entered: 09/26/2003) |
| 09/29/2003 | 5 | WAIVER OF SERVICE returned as to defendant Judie Eggelholf. Date waiver sent: 09/16/03; Answer due on 11/15/03 for Judie Eggelhof (MAS, ilcd) (Entered: 09/30/2003) |

| | | |
|---|---|---|
| 09/29/2003 | 6 | WAIVER OF SERVICE returned as to defendant Donald N Snyder. Date waiver sent: 09/16/03; Answer due on 11/15/03 for Donald N Snyder (MAS, ilcd) (Entered: 09/30/2003) |
| 10/07/2003 | | MINUTE-ENTRY by Judge Harold A. Baker: Before the court is the plaintiff's motion for appointment of counsel [d/e 2]. Appointment of counsel is not warranted in this case. Neither the legal issue raised in the complaint nor the evidence that might support the plaintiff's claims are so complex or intricate that a trained attorney is necessary. The Plaintiff appears more than capable of presenting his case. The plaintiff has alleged no physical or mental disability that might preclude him from adequately investigating the facts giving rise to his complaint. See Merritt v. Faulkner, 697 F. 2d 761, 765 (7th Cir. 1983). It should additionally be noted that the court grants pro se litigants wide latitude in the handling of their lawsuits. The motion is denied pursuant to Maclin v. Freake, 650 F. 2d 885, 887-89 (7th Cir. 1981). See Merritt, 697 F. 2d 761, 763 (7th Cir. 1983) and Jackson v. County of McLean, 953 F. 2d 1070, 1071 (7th Cir. 1992). (cc: all counsel) (MAS, ilcd) (Entered: 10/08/2003) |
| 10/08/2003 | 7 | WAIVER OF SERVICE returned as to defendant Barber Murray. Date waiver sent: 9/16/03; Answer due on 11/15/03 for Barber Murray (CC, ilcd) (Entered: 10/10/2003) |
| 10/08/2003 | 8 | WAIVER OF SERVICE returned as to defendant David . Freeman. Date waiver sent: 9/16/03; Answer due on 11/15/03 for David . Freeman (CC, ilcd) (Entered: 10/10/2003) |
| 10/08/2003 | 9 | WAIVER OF SERVICE returned as to defendant . Hagar. Date waiver sent: 9/16/03; Answer due on 11/15/03 for . Hagar (CC, ilcd) (Entered: 10/10/2003) |
| 11/03/2003 | 10 | WAIVER OF SERVICE returned as to defendant . Fisher. Date waiver sent: 9/16/03; Answer due on 11/15/03 for . Fisher (CC, ilcd) (Entered: 11/05/2003) |
| 11/03/2003 | 11 | WAIVER OF SERVICE returned as to defendant Roberta Fairburn. Date waiver sent: 9/16/03; Answer due on 11/15/03 for Roberta Fairburn (CC, ilcd) (Entered: 11/05/2003) |
| 11/03/2003 | 12 | WAIVER OF SERVICE returned as to defendant . Bohler. Date waiver sent: 9/16/03; Answer due on 11/15/03 for . Bohler (CC, ilcd) (Entered: 11/05/2003) |
| 11/03/2003 | 13 | WAIVER OF SERVICE returned as to defendant Annette VanHoosier. Date waiver sent: 9/16/03; Answer due on 11/15/03 for Annette VanHoosier (CC, ilcd) (Entered: 11/05/2003) |
| 11/03/2003 | 14 | WAIVER OF SERVICE returned as to defendant Mel Droz. Date waiver sent: 9/16/03; Answer due on 11/15/03 for Mel Droz (CC, ilcd) (Entered: 11/05/2003) |
| 11/03/2003 | 15 | WAIVER OF SERVICE returned as to defendant John Battles. Date waiver sent: 9/16/03; Answer due on 11/15/03 for John Battles (CC, ilcd) (Entered: 11/05/2003) |

| | | |
|---|---|---|
| 11/03/2003 | 16 | WAIVER OF SERVICE returned as to defendant Debbie Sue Ham. Date waiver sent: 9/16/03; Answer due on 11/15/03 for Debbie Sue Ham (CC, ilcd) (Entered: 11/05/2003) |
| 11/03/2003 | 17 | WAIVER OF SERVICE returned as to defendant . Keithly. Date waiver sent: 9/16/03; Answer due on 11/15/03 for . Keithly (CC, ilcd) (Entered: 11/05/2003) |
| 11/03/2003 | 18 | WAIVER OF SERVICE returned as to defendant . Stambaugh. Date waiver sent: 9/16/03; Answer due on 11/15/03 for . Stambaugh (CC, ilcd) (Entered: 11/05/2003) |
| 11/03/2003 | 19 | WAIVER OF SERVICE returned as to defendant Jean McHan. Date waiver sent: 9/16/03; Answer due on 11/15/03 for Jean McHan (CC, ilcd) (Entered: 11/05/2003) |
| 11/03/2003 | 20 | RETURN OF SERVICE unexecuted - attempted as to defendant David Slater (CC, ilcd) (Entered: 11/05/2003) |
| 11/05/2003 | 21 | NOTICE mailed to plaintiff re unexecuted summons (CC, ilcd) (Entered: 11/05/2003) |
| 11/18/2003 | 22 | MOTION by defendants John Battles, . Bohler, Mel Droz, Judie Eggelholf, David . Freeman, Debbie Sue Ham, . Hagar, . Keithly, Barber Murray, . Stambaugh, Donald N Snyder, Annette VanHoosier for enlargement of time to respond to plaintiff's complaint (CC, ilcd) (Entered: 11/19/2003) |
| 12/03/2003 | | MINUTE-ENTRY: by Judge Harold A. Baker. Before the court is the defendants' unopposed motion for an enlargement of time [22-1] to respond to the plaintiff's complaint. The defendants are allowed up to and including 12/10/03 to answer the plaintiff's complaint. (cc: all counsel) (CC, ilcd) (Entered: 12/04/2003) |
| 12/09/2003 | 23 | MOTION by defendants John Battles, . Bohler, Mel Droz, Judie Eggelholf, Roberta Fairburn, . Fisher, David . Freeman, Debbie Sue Ham, . Hagar, . Keithly, Barber Murray, . Stambaugh, Donald N Snyder, Annette VanHoosier to stay responsive pleading and discovery (CC, ilcd) (Entered: 12/10/2003) |
| 12/09/2003 | 24 | Partial MOTION by defendants John Battles, . Bohler, Mel Droz, Judie Eggelholf, David . Freeman, Debbie Sue Ham, . Hagar, . Keithly, Barber Murray, . Stambaugh, Donald N Snyder, Annette VanHoosier to dismiss (CC, ilcd) (Entered: 12/10/2003) |
| 12/09/2003 | 25 | MEMORANDUM IN SUPPORT of partial motion to dismiss [24-1] by defendants John Battles, . Bohler, Mel Droz, Judie Eggelholf, David . Freeman, Debbie Sue Ham, . Hagar, . Keithly, Barber Murray, . Stambaugh, Donald N Snyder, Annette VanHoosier (CC, ilcd) (Entered: 12/10/2003) |
| 12/10/2003 | 26 | Rule 56 NOTICE mailed to plaintiff (CC, ilcd) (Entered: 12/10/2003) |
| 12/11/2003 | | MINUTE-ENTRY: by Judge Harold A. Baker. The Rule 16 conference held at 1:30 on 12/11/03 by telephone conference call. No appearance by the plaintiff. Appearance for the defendants by Kristen Markley. Plaintiff is rule to show cause within 14 days why this case should not be |

|  |  |  |
|---|---|---|
|  |  | dismissed for plaintiff failure to keep the Clerk's Office advised of his whereabouts and phone number. Plaintiff to show cause by 12/26/03 why this case should not be dismissed. (cc: all counsel) (KW, ilcd) (Entered: 12/11/2003) |
| 12/11/2003 |  | Remark: Received from plaintiff Gregory Hale U S Marshal form for defendant Roberta Fairburn and copy of complaint for service upon defendant Fairburn. Plaintiff indicated that defendant Fairburn is currently employed as a librarian at Illinois River Correctional Center (MAS, ilcd) (Entered: 12/12/2003) |
| 12/18/2003 | 27 | Partial MOTION by defendants . Fisher, Roberta Fairburn, George Scillia to dismiss (CC, ilcd) (Entered: 12/19/2003) |
| 12/18/2003 | 28 | MEMORANDUM IN SUPPORT of partial motion to dismiss [27-1] by defendants . Fisher, Roberta Fairburn, George Scillia (CC, ilcd) (Entered: 12/19/2003) |
| 12/18/2003 | 29 | MOTION by defendants . Fisher, Roberta Fairburn, George Scillia to stay responsive pleading and discovery (CC, ilcd) (Entered: 12/19/2003) |
| 12/19/2003 | 30 | Rule 56 NOTICE mailed to plaintiff (CC, ilcd) (Entered: 12/19/2003) |
| 12/19/2003 |  | Docket Modification (Utility Event) Answer ddls satisfied (CC, ilcd) (Entered: 12/19/2003) |
| 12/22/2003 | 31 | RESPONSE by plaintiff to 12/11/03 minute entry (titled "motion to show cause") (CC, ilcd) (Entered: 04/06/2004) |
| 12/23/2003 | 33 | RETURN OF SERVICE executed upon defendant George Scillia on 11/10/03 (CC, ilcd) (Entered: 12/29/2003) |
| 12/24/2003 | 32 | MOTION by plaintiff for enlargement of time to respond to defendant's answer (CC, ilcd) (Entered: 12/29/2003) |
| 12/29/2003 |  | Docket Modification (Utility Event) Show cause ddl satisfied (CC, ilcd) (Entered: 12/29/2003) |
| 12/30/2003 |  | MINUTE-ENTRY: by Judge Harold A. Baker. The plaintiff has filed a service form for Roberta Fairburn, along with a letter requesting service on Ms. Fairburn. The Illinois Attorney General has already filed pleadings on behalf of defendant Fairburn. The plaintiff's request is accordingly denied as moot. (cc: all counsel) (CC, ilcd) (Entered: 12/30/2003) |
| 01/02/2004 | 34 | MEMORANDUM (Motion) IN OPPOSITION to defendants motion to dismiss [27-1] [24-1] by plaintiff (CC, ilcd) (Entered: 01/05/2004) |
| 01/20/2004 | 35 | Partial MOTION by defendant Jean McHan to dismiss (CC, ilcd) (Entered: 01/21/2004) |
| 01/20/2004 | 36 | MEMORANDUM IN SUPPORT of partial motion to dismiss [35-1] by defendant Jean McHan (CC, ilcd) (Entered: 01/21/2004) |
| 01/20/2004 | 37 | MOTION by defendant Jean McHan to stay responsive pleading and discovery (CC, ilcd) (Entered: 01/21/2004) |
| 01/21/2004 | 38 | Rule 56 NOTICE mailed to plaintiff (CC, ilcd) (Entered: 01/21/2004) |

| | | |
|---|---|---|
| 01/21/2004 | | Docket Modification (Utility Event) Answer ddl satisfied (CC, ilcd) (Entered: 01/21/2004) |
| 01/21/2004 | | Docket Modification (Utility Event) Answer ddls satisfied (CC, ilcd) (Entered: 01/21/2004) |
| 02/02/2004 | 39 | MEMORANDUM (Motion) IN OPPOSITION to defendant's second partial motion to dismiss [35-1] by plaintiff (CC, ilcd) (Entered: 02/02/2004) |
| 04/05/2004 | | MINUTE ENTRY: by Judge Harold A. Baker. As the plaintiff has filed a response to the defendants' motions to dismiss, his motion for enlargement of time [32-1] is rendered moot. Further, the defendants, Fisher's, Fairburn's, Scilia's and Jean McHan's motions to stay responsive pleading and discovery until the court has ruled upon the defendants' partial motion to dismiss the plaintiff's complaint [29-1] and [37-1] are granted. (cc: all counsel) (CC, ilcd) (Entered: 04/06/2004) |
| 06/11/2004 | 40 | ORDER by Judge Harold A. Baker. The defendants' motions to dismiss are granted in part and denied in part [d/e 24,27,35]. Defendants are dismissed in their official but not in their individual capacities. The defendants' motions to stay repsponsive pleading are denied as moot [d/e 23, 29, 37]. Defendants to file their answer within 30 days of this order. Plaintiff to show good cause why dft Slater should not be dismissed by 6/28/04. Show cause order entered 12/11/03 is discharged. Discovery due 10/29/04. Dispositive motions are due 11/30/04. (cc: all counsel) (BR, ilcd) Modified on 06/11/2004 (Entered: 06/11/2004) |
| 06/11/2004 | | Docket Modification (Utility Event) Defendants to file answers by 7/12/04 (BR, ilcd) (Entered: 06/11/2004) |
| 07/01/2004 | 41 | Response by Gregory Hale to 6/11/04 Order (titled Motion to Show Cause). (CC, ilcd) (Entered: 07/02/2004) |
| 07/08/2004 | 42 | ORDER. Defendant David Slater is dismissed, without prejudice, for failure to timely serve him pursuant to FRCP 4(m). Signed by Judge Harold A. Baker on 7/7/2004. (CC, ilcd) (Entered: 07/08/2004) |
| 07/12/2004 | 43 | ANSWER to plaintiff's amended Complaint and affirmative defenses by Defendants John Battles,. Bohler, Mel Droz, Judie Eggelholf, Roberta Fairburn,. Fisher, David. Freeman,. Hagar, Debbie Sue Ham,. Keithly, Barber Murray, Donald N Snyder,. Stambaugh, Annette VanHoosier. (CC, ilcd) (Entered: 07/13/2004) |
| 10/19/2004 | 44 | NOTICE of Filing and Proof of Service of "46 Exhibits" by Plaintiff Gregory Hale (Exhibits filed conventionally) (CC, ilcd) (Entered: 10/20/2004) |
| 11/30/2004 | 45 | MOTION to Substitute Attorney, Kristen Markley to be replaced by Eric J. Rieckenberg, by Defendants John Battles,. Bohler, Mel Droz, Judie Eggelholf, Roberta Fairburn,. Fisher, David. Freeman,. Hagar, Debbie Sue Ham,. Keithly, Jean McHan, Barber Murray, George Scillia, Donald N Snyder,. Stambaugh, Annette VanHoosier. Responses due by 12/14/2004 (Rieckenberg, Eric) (Entered: 11/30/2004) |
| 11/30/2004 | 46 | NOTICE of Appearance of Attorney by Eric J Rieckenberg on behalf of |

| | | |
|---|---|---|
| | | John Battles,. Bohler, Mel Droz, Judie Eggelholf, Roberta Fairburn,. Fisher, David. Freeman,. Hagar, Debbie Sue Ham,. Keithly, Jean McHan, Barber Murray, George Scillia, Donald N Snyder,. Stambaugh, Annette VanHoosier (Rieckenberg, Eric) (Entered: 11/30/2004) |
| 11/30/2004 | 47 | MOTION for Extension of Time to Complete Discovery *and Enlarge Dispositive Motion Deadline* by Defendants John Battles,. Bohler, Mel Droz, Judie Eggelholf, Roberta Fairburn,. Fisher, David. Freeman,. Hagar, Debbie Sue Ham,. Keithly, Jean McHan, Barber Murray, George Scillia, Donald N Snyder,. Stambaugh, Annette VanHoosier. Responses due by 12/14/2004 (Rieckenberg, Eric) (Entered: 11/30/2004) |
| 12/15/2004 | | TEXT ORDER: The defendants' motion to substitute attorneys is granted (d/e 45). The defendants' unopposed motion for an extension is granted (d/e 47). Discovery is extended for all parties to January 31, 2005; dispositive motion deadline is extended for all parties to February 28, 2005. Entered by Judge Harold A. Baker on 12/15/04. (CC, ilcd) (Entered: 12/15/2004) |
| 01/14/2005 | 48 | MOTION for Extension of Time to Complete Discovery by Defendants. Hagar,. Keithly, Jean McHan, Barber Murray, George Scillia,. Stambaugh, Donald N Snyder, Annette VanHoosier, John Battles,. Bohler, Mel Droz, Judie Eggelholf, Roberta Fairburn,. Fisher, David. Freeman, Debbie Sue Ham. Responses due by 1/28/2005 (Rieckenberg, Eric) (Entered: 01/14/2005) |
| 01/31/2005 | | TEXT ORDER: Defendants' unopposed motion to extend time to answer Plaintiff's interrogatories to February 15, 2005, is granted (d/e 48). Dispositive motion deadline remains February 28, 2005. Entered by Judge Harold A. Baker on 1/31/05. (CC, ilcd) (Entered: 01/31/2005) |
| 01/31/2005 | 49 | MOTION for Extension of Time to Complete Discovery, MOTION for Extension of Time to File *Dispositive Motion* by Defendants. Hagar,. Keithly, Jean McHan, Barber Murray, George Scillia,. Stambaugh, Donald N Snyder, Annette VanHoosier, John Battles,. Bohler, Mel Droz, Judie Eggelholf, Roberta Fairburn,. Fisher, David. Freeman, Debbie Sue Ham. Responses due by 2/14/2005 Responses due by 2/14/2005 (Rieckenberg, Eric) (Entered: 01/31/2005) |
| 03/03/2005 | 50 | MOTION for Extension of Time by Plaintiff Gregory Hale. Responses due by 3/17/2005 (CC, ilcd) (Entered: 03/03/2005) |
| 03/16/2005 | 51 | MOTION to Compel by Plaintiff Gregory Hale. Responses due by 3/30/2005 (CC, ilcd) (Entered: 03/16/2005) |
| 03/25/2005 | 52 | RESPONSE to Motion re 51 MOTION to Compel filed by Defendants. Hagar,. Keithly, Jean McHan, Barber Murray, George Scillia,. Stambaugh, Donald N Snyder, Annette VanHoosier, John Battles,. Bohler, Mel Droz, Judie Eggelholf, Roberta Fairburn,. Fisher, David. Freeman, Debbie Sue Ham. (Rieckenberg, Eric) (Entered: 03/25/2005) |
| 03/30/2005 | 53 | MOTION for Sanctions by Defendants. Hagar,. Keithly, Jean McHan, Barber Murray, George Scillia,. Stambaugh, Donald N Snyder, Annette VanHoosier, John Battles,. Bohler, Mel Droz, Judie Eggelholf, Roberta Fairburn,. Fisher, David. Freeman, Debbie Sue Ham. Responses due by 4/13/2005 (Attachments: # 1 Exhibit A, B, & C)(Rieckenberg, Eric) |

| | | |
|---|---|---|
| | | (Entered: 03/30/2005) |
| 04/07/2005 | | TEXT ORDER: Defendants' motion for extension to complete discovery and file dispositive motion is granted (d/e 49). New discovery deadline of March 15, 2005 (already passed) and dispositive motion deadline of April 15, 2005. The court does not understand Plaintiff's motion for an extension to file a "motion for admissions." The motion is therefore denied (d/e 50), with leave to renew if the plaintiff explain what he means by "motion for admissions." Plaintiff's motion to compel an answer to his interrogatories is denied, with leave to renew (d/e 51). Plaintiff does not attach his interrogatories or state when he mailed them to Defendants. By April 15, 2005, Plaintiff is directed to file a response to Defendants' motion for sanctions. Failure to do so may result in the court granting the relief requested by Defendants. Entered by Judge Harold A. Baker on 4/6/05. (CC, ilcd) (Entered: 04/07/2005) |
| 04/11/2005 | 54 | RESPONSE to Defendants' Motion for Sanctions 53 filed by Plaintiff Gregory Hale. (CC, ilcd) (Entered: 04/11/2005) |
| 05/06/2005 | 55 | Order entered by Judge Harold A. Baker on May 6, 2005: The defendants' motion for sanctions is granted in part (d/e 53). The plaintiff is directed to reimburse the defendants $55.00 for the court reporter and transcript. The plaintiff may be required to post bond in future cases if he has unpaid fees and costs. The motion is denied in all other respects. The dispositive motion deadline is extended to June 3, 2005. (MAS, ilcd) (Entered: 05/06/2005) |
| 06/01/2005 | 56 | MOTION for Extension of Time to File *Dispositive Motion* by Defendants. Hagar,. Keithly, Jean McHan, Barber Murray, George Scillia,. Stambaugh, Donald N Snyder, Annette VanHoosier, John Battles,. Bohler, Mel Droz, Judie Eggelholf, Roberta Fairburn,. Fisher, David. Freeman, Debbie Sue Ham. Responses due by 6/15/2005 (Rieckenberg, Eric) (Entered: 06/01/2005) |
| 06/20/2005 | | TEXT ORDER: The defendants' motion for an extension to file dispositive motions is granted (d/e 56). The dispositive motion deadline is extended to July 3, 2005, for all parties. Entered by Judge Harold A. Baker on 6/20/05. (CC, ilcd) (Entered: 06/20/2005) |
| 07/01/2005 | 57 | MOTION for Summary Judgment by Defendants. Hagar,. Keithly, Jean McHan, Barber Murray, George Scillia,. Stambaugh, Donald N Snyder, Annette VanHoosier, John Battles,. Bohler, Mel Droz, Judie Eggelholf, Roberta Fairburn,. Fisher, David. Freeman, Debbie Sue Ham. Responses due by 7/22/2005 (Rieckenberg, Eric) (Entered: 07/01/2005) |
| 07/01/2005 | 58 | MEMORANDUM in Support re 57 MOTION for Summary Judgment filed by Defendants. Hagar,. Keithly, Jean McHan, Barber Murray, George Scillia,. Stambaugh, Donald N Snyder, Annette VanHoosier, John Battles,. Bohler, Mel Droz, Judie Eggelholf, Roberta Fairburn,. Fisher, David. Freeman, Debbie Sue Ham. (Attachments: # 1 Exhibit A, B, C, D, E, F, G, H, I)(Rieckenberg, Eric) (Entered: 07/01/2005) |
| 07/15/2005 | 59 | MOTION Requesting Extension of Time to Respond to Defendants Motion for Summary Judgment 57 by Plaintiff Gregory Hale. Responses due by 7/29/2005 (CC, ilcd) (Entered: 07/19/2005) |

| | | |
|---|---|---|
| 07/19/2005 | 60 | Rule 56 NOTICE mailed to Plaintiff (CC, ilcd) (Entered: 07/19/2005) |
| 08/01/2005 | 61 | RESPONSE to Motion re 57 Defendants' MOTION for Summary Judgment filed by Plaintiff Gregory Hale. (Attachments: # 1 Exhibits (Part 1), # 2 Exhibits (Part 2))(CC, ilcd) (Entered: 08/03/2005) |
| 09/30/2005 |  | TEXT ORDER: The plaintiff's unopposed motion for an extension of time to file his response is granted (d/e 59); the court notes that the plaintiff has already filed his response. Entered by Judge Harold A. Baker on 9/30/05. (CC, ilcd) (Entered: 09/30/2005) |
| 10/27/2005 |  | TEXT ORDER: A final pretrial conference is scheduled for March 7, 2006, at 1:30 p.m. by personal appearance before the Honorable Harold A. Baker, U.S. District Courthouse, 201 S. Vine, Urbana, Illinois. A jury trial is scheduled for March 27, 2006 at 9:00 a.m. by personal appearance, same place. These dates may be changed or cancelled, depending on the court's ruling on the pending motions for summary judgment. Entered by Judge Harold A. Baker on 10/27/05. (CC, ilcd) (Entered: 10/28/2005) |
| 11/21/2005 | 62 | NOTICE of Change of Address by Plaintiff Gregory Hale to Stateville Correctional Center (CC, ilcd) (Entered: 11/22/2005) |
| 12/16/2005 | 63 | NOTICE of Change of Address by Plaintiff Gregory Hale to P.O. Box 19003, Chicago, IL 60619 (CC, ilcd) (Entered: 12/20/2005) |
| 02/17/2006 | 64 | ORDER. The defendants' motion for summary judgment is granted (d/e 57). The clerk is directed to enter judgment in favor of all the defendants. All pending motions are denied as moot and this case is closed, parties to bear their own costs. Final pretrial and trial dates are vacated. Entered by Judge Harold A. Baker on 2/17/06. (CC, ilcd) (Entered: 02/17/2006) |
| 02/17/2006 | 65 | JUDGMENT entered in favor of all the Defendants and against the Plaintiff (CC, ilcd) (Entered: 02/17/2006) |
| 03/17/2006 | 66 | NOTICE OF APPEAL as to 64 Order, 65 Judgment by Plaintiff Gregory Hale. (CC, ilcd) (Entered: 03/17/2006) |
| 03/27/2006 | 67 | Short Record of Appeal Sent to US Court of Appeals re 66 Notice of Appeal (CC, ilcd) (Entered: 03/27/2006) |
| 03/29/2006 | 68 | NOTICE of Docketing Record on Appeal from USCA re 66 Notice of Appeal filed by Plaintiff Gregory Hale. USCA Case Number 06-1845 (CC, ilcd) (Entered: 03/29/2006) |
| 03/29/2006 | 69 | Circuit Rule 3(b) NOTICE from USCA (CC, ilcd) (Entered: 03/29/2006) |
| 04/07/2006 | 70 | MOTION for Appointment of Counsel by Plaintiff Gregory Hale. Responses due by 4/21/2006 (CC, ilcd) (Entered: 04/11/2006) |
| 04/07/2006 | 71 | MOTION for Leave to Appeal in forma pauperis by Plaintiff Gregory Hale. Responses due by 4/21/2006 (CC, ilcd) (Entered: 04/11/2006) |
| 04/07/2006 | 72 | CERTIFICATE OF SERVICE by Plaintiff Gregory Hale re 70 MOTION for Appointment of Counsel, 71 MOTION for Leave to Appeal in forma pauperis (CC, ilcd) (Entered: 04/11/2006) |
| 04/21/2006 | 73 | JURISDICTIONAL (DOCKETING) STATEMENT filed by Gregory |

| | | |
|---|---|---|
| | | Hale regarding <u>66</u> Notice of Appeal (Attachment: # <u>1</u> Notice of Filing/Proof of Service)(MAS, ilcd) (Entered: 04/21/2006) |
| 06/01/2006 | | TEXT ORDER: The plaintiff's motion for appointment of counsel is denied (d/e 70). To the extent the motion was properly filed in this court (the case is on appeal), the record shows that appointed counsel is not warranted. The question is, "'[G]iven the difficulty of the case, [does] the plaintiff appear to be competent to try it himself and, if not, would the presence of counsel [make] a difference in the outcome?'" Zarnes, 64 F.3d at 288. "Although a good lawyer may [do better than a pro se plaintiff], that is not the test, for if it was "'district judges would be required to request counsel for every indigent litigant.'" Luttrell, 129 F.3d at 936. This case is not complex, and the prisoner's submissions show he is competent to proceed pro se. Further, the plaintiff has not shown sufficient factual merit to his claims or to his appeal to warrant an inference that counsel would make a difference in the outcome. The plaintiff also filed a petition to proceed in forma pauperis on appeal, and has submitted a docketing statement that sets forth his grounds for appeal. An appeal taken in "good faith" is an appeal that "a reasonable person could suppose... has some merit." Walker v. O'Brien, 216 F.3d 626, 632 (7th Cir. 2000). The court has read the docketing statement and does not believe the appeal is in good faith, for the reasons stated in the court's summary judgment order. However, the plaintiff is given until June 16, 2006, to submit any additional reasons why his appeal is in good faith. Entered by Judge Harold A. Baker on 6/1/06. (CC, ilcd) (Entered: 06/01/2006) |
| 06/19/2006 | | TEXT ORDER: The plaintiff's petition to appeal in forma pauperis is denied (d/e 71). For the reasons stated in the Court's summary judgment order (#64), the Court does not believe "a reasonable person could suppose that the appeal has some merit." Walker, 216 F.3d at 632 (7th Cir. 2000). The court accordingly certifies pursuant to 28 U.S.C. Section 1915(a)(3) that the plaintiff's appeal is not in good faith. Entered by Judge Harold A. Baker on 6/19/2006. (MAS, ilcd) (Entered: 06/19/2006) |
| 06/26/2006 | <u>74</u> | Circuit Rule 3(b) NOTICE from USCA (CC, ilcd) (Entered: 06/26/2006) |
| 07/20/2006 | <u>75</u> | NOTICE from USCA to transmit appeal record (CC, ilcd) (Entered: 07/20/2006) |