**E-FILED**
Friday, 04 August, 2006  11:19:17 AM
Clerk, U.S. District Court, ILCD



# United States District Court

**JOHN M. WATERS**
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

TEL:  217.492.4020
FAX:  217.492.4028

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN:  ANDY KOHN

## 06-1845

FILED

AUG 0 2 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE:  Hale v. Battles, et al.
D. C. Docket No. 03-3177
U. S. C. A. Docket No. 06-1845

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

1 Volume of Pleadings

2 Loose Pleadings

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY:___ s/ C. Cathcart_____
Deputy Clerk

U S C A. 7th Circuit
FILED DW

JUL 31 2006

GINO J. AGNELLO, CLERK
DOC # 2010350-1

ON AIMS

JUL 3 1 2006

DW