E-FILED
Tuesday, 12 September, 2006  03:36:55 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

September 8, 2006



Before

**Hon.** WILLIAM J. BAUER, *Circuit Judge*

**Hon.** ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| GREGORY HALE,<br>    Plaintiff-Appellant,<br><br>No. 06-1845                      v.<br><br>JOHN C. BATTLES, Warden, MEL DROZ,<br>JUDIE EGGELHOLF, et al.,<br>    Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 03 C 3177<br>]<br>] Harold A. Baker,<br>]    Judge. |

## ORDER

Upon consideration of the motion for leave to proceed as a pauper on appeal, the district court's final order, and the record on appeal,

**IT IS ORDERED** that the motion for leave to proceed on appeal in forma pauperis is **DENIED**. Appellant shall pay the required filing fees within 14 days, or else this appeal will be dismissed for failure to prosecute pursuant to Circuit Rule 3(b).