E-FILED
Wednesday, 11 October, 2006  11:41:55 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

### NOTICE OF ISSUANCE OF MANDATE

DATE:   October 6, 2006

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        151 U.S. Courthouse
        600 E. Monroe Street
        U.S. Courthouse & Federal Building
        Springfield, IL  62701

FROM:   Clerk of the Court

RE:     06-1845
        Hale, Gregory v. Battles, John
        03 C 3177, Harold A. Baker, Judge

Herewith is the mandate of this court in this appeal. A certified copy of the opinion/order of the court shall constitute the mandate.

The record that was filed with this court in this cause will be returned at a later date.

Copies of this notice sent to:          Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: 10/11/06                          S/ B Hansen
(1203-052495)                           Deputy Clerk, U.S. District Court

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**DISMISSAL PER CIRCUIT RULE 3(b)**

Date: October 6, 2006

By the Court:

No. 06-1845

GREGORY HALE,
        Plaintiff - Appellant

v.

JOHN C. BATTLES, Warden, MEL DROZ, JUDIE EGGELHOLF, et al.,
        Defendants - Appellees

Appeal from the United States District Court for the
Central District of Illinois
No. 03 C 3177, Harold A. Baker, Judge

    This cause, docketed on 3/27/06, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

(1030-110293)

A True Copy,
Teste:

_____ Deputy
Clerk of the United States
Court of Appeals for the
Seventh Circuit