# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF RECORD RETURN

**DATE:** October 25, 2006

**TO:** John M. Waters
United States District Court
Central District of Illinois
151 U.S. Courthouse
600 E. Monroe Street
U.S. Courthouse & Federal Building
Springfield, IL  62701

**FROM:** Clerk of the Court

**RE:** 06-1845
Hale, Gregory v. Battles, John
03 C 3177, Harold A. Baker, Judge

*FILED NOV 0 1 2006 JOHN M. WATERS, Clerk U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS*

The mandate or agency closing letter in this cause issued on 10/6/06.

Returned herewith is the record which was transmitted to this court.

**ENCLOSED:**

| | |
|---|---|
| [ ] | Volumes Administrative Record |
| [1] | Volumes Pleadings |
| [2] | Volumes Loose Pleadings |
| [ ] | Volumes Transcripts |
| [ ] | Volumes Exhibits |
| [ ] | Volumes Depositions |
| [ ] | In Camera material |
| [ ] | Other:_____ |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

---

Received above record from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: 11/1/06

B. Hansen
Deputy Clerk, U.S. District Court
or Agency Representative

(1073-042591)